ORIGINAL   JSW

1    COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2                                                              FILED

3    Name ____SANTOS____    ____JUAN____    ____R.____

                                                                JUL - 3 2008
4         (Last)              (First)           (Initial)
                                                          RICHARD W. WIEKING
5    Prisoner Number _____J25409_____                CLERK, U.S. DISTRICT COURT
                                                     NORTHERN DISTRICT OF CALIFORNIA
6    Institutional Address ___SALINAS VALLEY STATE PRISON___

7    P.O. BOX 1050, HOUSING: D2-126, SOLEDAD, CA  93960

8    ============================================                (PR)

9                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
10
     JUAN RAMIREZ SANTOS                                        JSW
11   (Enter the full name of plaintiff in this action.)    3199
                                            CV  08
12                      vs.                        )    Case No. _____
     FACILITY(A) S.N.Y. LEVEL 4, CHAIN OF           )    (To be provided by the clerk of court)
13   COMMAND, SALINAS VALLEY STATE PRISON,          )
     EACH IN THEIR INDIVIDUAL AND OFFICIAL          )    COMPLAINT UNDER THE
     CAPACITY UNDER COLOR OF STATE LAW:             )    CIVIL RIGHTS ACT,
14   C.O.W. (A) R. GROUNDS, FACILITY (A) CAPTAIN    )    42 U.S.C §§ 1983
     D. MANTEL, C.C.II (SUP) A. WILLIAMS, C.C.I     )
15   K. MENSING, LT. (A) AND SGT. R. METCALFE,      )
     SGT. S. DEATHRIDGE.                            )
16                                                  )
     (Enter the full name of the defendant(s) in this action)  )
17   _____       )

18   [All questions on this complaint form must be answered in order for your action to proceed..]

19   I.     Exhaustion of Administrative Remedies

20          [Note: You must exhaust your administrative remedies before your claim can go

21          forward. The court will dismiss any unexhausted claims.]

22          A.     Place of present confinement  SALINAS VALLEY STATE PRISON  AD-SEG.

23          B.     Is there a grievance procedure in this institution?

24                     YES (✓)    NO ( )

25          C.     Did you present the facts in your complaint for review through the grievance

26                 procedure?

27                     YES(✓)    NO ( )

28          D.     If your answer is YES, list the appeal number and the date and result of the appeal at

     COMPLAINT                         - 1 -

1       each level of review.  If you did not pursue a certain level of appeal, explain why.

2           1. Informal appeal _____ *REFER TO ATTACHED C-DC-602*

3

4

5           2. First formal level_____ *REFER TO ATTACHED C.DC. 602*

6

7

8           3. Second formal level *REFER TO ATTACHED C.D.C. 602*

9

10

11          4. Third formal level *REFER TO ATTACHED C.D.C. 602*

12

13

14      E.   Is the last level to which you appealed the highest level of appeal available to you?

15           YES (✓)     NO ( )

16      F.   If you did not present your claim for review through the grievance procedure, explain

17  why._____

18

19

20  II.  Parties

21      A.   Write your name and your present address.  Do the same for additional plaintiffs, if any.

22  *JUAN RAMIREZ SANTOS    J25409*

23  *SALINAS VALLEY STATE PRISON, AD-SEG UNIT  D2-126*

24  *P.O. BOX 1050, SOLEDAD, CA    93960*

25      B.   Write the full name of each defendant, his or her official position, and his or her place of

26           employment. *C.D.W. (A) COMPLEX WARDEN  R. GROUNDS,*
             *(A) FACILITY CAPTAIN  D. MANIEL, CORRECTIONAL COUNSE.*

27

28  *LOR II A.WILLIAMS , CORRECTIONAL COUNSELOR I K. MENSING,*

COMPLAINT                              - 2 -

1  ACTING LIUTENANT AND SERGEANT R. METCALFE. SERGEANT S.

2  DEATHRIDGE. ALL EMPLOYEES AND PARTS OF THE CHAIN OF COMMAND

3  THAT SUPERVISES FACILITY (A) S.N.Y. LEVEL 4, SA LINAS VALLEY STATE PRISON.

4  III.   Statement of Claim

5     State here as briefly as possible the facts of your case. Be sure to describe how each

6  defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any

7  cases or statutes. If you have more than one claim, each claim should be set forth in a separate

8  numbered paragraph. ON 8-31-07 I WAS REMOVED FROM A-FACILITY S.N.Y.
AT SALINAS VALLEY STATE PRISON AND PLACED IN AD-SEG ON ORDERS

9  OF SGT. DEATHRIDGE. FOR ALLEGATIONS TO ASSAULT STAFF. ON THE WAY

10  TO AD-SEG. SGT. DEATHRIGE INSULTED. AND THREATENED TO SEND ME TO
THE HOSPITAL AS WELL. AS MADE ME WALK BAREFOOT OVER A ROAD FILLED WITH
ROCKS AND GRAVEL. THEN MADE SURE I WAS PLACED INSIDE A CONTAMINATED, UN-

11  SANITARY CELL. ON 9-4-07 I WENT BEFORE A-FAC. CPT. MANTEL FOR MY "LOCKUP"
HEARING. I ASKED FOR INTERPRETER SINCE I'M NOT FLUENT IN ENGLISH.
SHE DIDNT HONOR MY REQUEST. I WAS TOLD NO NO BEFORE COMMITTEE ON

12  9-6-07. ON SAID DATE AFTER BATTLING TO GET AN INTERPRETER. COMMITTEE
MEMBERS; CHAIR PERSON C.O.W GROUNDS. CPT. MANTEL, CCII WILLIAMS, CCI
MENSING. INFORMED ME THAT I'D REMAIN IN AD-SEG PENDING INVESTIGATIONS

13  ON 10-4-07 I RETURNED TO COMMITTEE, WHERE AGAIN I STRUGGLED TO GET A TRANSLATOR
AND WAS NO KIND BY COMMITTEE FROM MY LACK OF FLUENCY IN ENGLISH. I WAS INFOR.
MED THAT INVESTIGATION EXENDNGATED ME FROM CHARGE. BUT DUE TO CONFIDENTIAL

14  ENEMY CONCERNS. CONFIDENTIAL SOURCE WHO PROVIDED INFO. REGARDING MY ALLE
GED INTENT TO ASSAULT STAFF WAS CLAIMING I WAS HIS ENEMY. SO I WAS PUT
UP FOR TRANSFER. LATER ON I ATTEMPTED TO CONTACT CCII WILLIAMS TO NO AVAIL

15  I THEN TRIED CONTACTING CCI MENSING. REQUESTING TO BE RELEASED TO T.P.U.
AN ALTERNATE FACILITY. BUT I WAS INFORMED FIRST BY MENSING SUBSEQUENTLY BY
COMMITTEE ON 11-1-07 (WHERE I WAS DENIED AN SPANISH INTERPRETER) THAT I DIDNT

16  QUALIFY FOR T.P.U. STRUGGLING TO UNDERSTAND AND COMMUNICATE WITH MY LIMITED EN-
GLISH. I GATHERED THAT. IT WAS DUE TO MY INITIAL CHARGE. I STATED I WAS FOUND INNO
CENT OF SAID CHARGE. COMMITTEE COUNTERED THAT I COULDNT GO TO T.P.U. BECAUSE MY ONE

17  MY CONCERNS. I RESPONDED THESE APPLIED ONLY TO A-FAC. I KNOW WHAT COMMITTEE HAD
STATED ON 10-4-07. AND NOT T.P.U. COMMITTEE STATED THAT I HAD TOO MUCH VIO-
LENCE IN MY RECORD. THUS. DIDNT QUALIFY. COMMITTEE CONTRADICTED THEMSELVES

18  BECAUSE ON 10-4-07 MY CUSTODY LEVEL POINTS WERE DROPPED FOR GOOD BEHAVIOR.
LATER ON VIA AN INFORMATIVE CHRONO DATED 10-4-07 I FOUND OUT MY INITIAL CHARGE
CHANGED FROM WANTING TO ASSAULT STAFF TO INTENT TO MANIPULATE STAFF: THIS IS A SERIOUS

19  INFRACTION. BUT I WAS NEVER ISSUED A VIOLATION REPORT. TO THIS DATE. I FILED RES-
PECTIVE GRIEVANCES REQUESTING. DETAILED INVESTIGATIONS PER REGULATIONS INTO CON-
FIDENTIAL SOURCE STATEMENTS AND ENEMY CONCERNS. ALSO DEMANDING RELEASE TO T.P.U. AND

20  SUBSEQUENT RETURN TO A-FACILITY. AFTER REMOVAL OF CONFIDENTIAL ENEMY/SOURCE
FROM (A) FACILITY. DUE TO THE FACT THAT I'M AN PROGRAMING INMATE WHO ENGAGES IN
POSITIVE BEHAVIOR. WHO HASN'T RECEIVED A SERIOUS VIOLATION REPORT IN

21  TWO YEARS. YET I AM STILL BEING HELD IN AD-SEG WITH OUT A CHARGE WHEN I
WAS SUPPOSED TO HAVE BEEN RELEASED EITHER TO T.P.U. (A) FACILITY. OR AS AN AL-
TERNATIVE TO BE IMMEDIATELY TRANSFERRED AS PRIORITY STATUS ON THE FIRST BUS

22  DUE MY NON ADVERSE STATUS. VIOLATING U.S. CONSTITUTION AMENDMENTS
EIGHT AND FOURTEENTH.

   IV.   Relief

23     Your complaint cannot go forward unless you request specific relief. State briefly exactly what

24  you want the court to do for you. Make no legal arguments; cite no cases or statutes. PLAINTIFF
RESPECTFULLY PRAYS THAT THE COURT GRANTS; FOR PLAINTIFF TO BE

25  RELEASED IMMEDIATELY OUT OF AD-SEG WITHOUT FURTHER DELAY. AND

26  RETURN TO A FACILITY (GENERAL POPULATION) WHERE I CAN PARTAKE IN
REHABILITATIVE PROGRAMS, RECEIVE EDUCATIONAL, VOCATIONAL

27  TRAINING, WORK PROGRAMS, OUTSIDE EXERCISE, RECREATIO-
NAL ACTIVITITIES, AND OTHER PRIVILEDGES AN S.N.Y. GENERAL

28  POPULATION HAS TO OFFER. I'M BEING DEPRIVED OF THE AFORE.
MENTIONED DUE TO BEING HELD KIDNAPPED IN AD-SEG WITH NO

   VALID REASON NOR JUSTIFICATION. FOR THE COURT TO IMPLEMENT
REGULATIONS THAT WILL PREVENT UNJUST PROLONGED RETAINMENT OF

COMPLAINT                                    - 3 -

1  INMATES IN AD·SEG WITH OUT ANY CONCRETE BASIS BY PRISON ADMI-
   NISTRATORS. AND FOR THE COURT TO AWARD COMPENSATORY, PUNI-

2  TIVE DAMAGES IN AMOUNT OF EACH DEFENDANT   AGAINST EACH
   DEFENDANT, JOINTLY AND SEVERALLY. A TRIAL ON ALL ISSUES

3  TRIABLE BY JURY, PLAINTIFF'S COSTS IN THIS SUIT, ANY ADDI-
   TIONAL RELIEF THIS COURT DEEMS JUST, PROPER. AND EQUITABLE

4      I declare under penalty of perjury that the foregoing is true and correct.

5

6      Signed this _____ day of _____, 20_____

7

8                                    _____

9                                          (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                          - 4 -

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, _____JUAN RAMIREZ SANTOS_____ #J25409 declare under penalty of perjury that: I am
the _____PLAINTIFF_____ in the above entitled action; I have read the foregoing documents
and know the contents thereof and the same is true of my own knowledge, except as to matters
stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this _____ day of _____, 20 0 8 , at Salinas Valley State
Prison, Soledad, California 93960-1050.

(Signature) _____
DECLARANT/PRISONER

---------------------------------------------------------------------------------------

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, _____JUAN PABLO GRAJEDA_____ K26278 , am a resident of California State Prison, in the County of
Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of
the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-
1050.

On _____, 20_____, I served the foregoing: A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §§ 1983
_____
_____

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with
postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas
Valley State Prison, Soledad, California 93960-1050.

FACILITY (A) LEVEL IV S.N.Y. ADMINISTRATION MEMBERS,
C.D.W R. GROUNDS , FACILITY (A) CPT. D. MANTEL
CORRECTIONAL COUNSELOR (SUP) II WILLIAMS , CORRECTIONAL
COUNSELOR I K MENSING, SERGEANT METCALFE, SERGEANT DEATHRIAGE
(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular
communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____ 20 08

_____
DECLARANT/PRISONER





STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

Juan Santos J25409
P.O. Box 1050

Soledad, CA  93960

December 11, 2007

RE:  Claim G571574 for Juan Santos, J25409

Dear Juan Santos,

Board staff reviewed the claim information and determined it is incomplete.

Please provide the following information:

Please provide an original signature on the enclosed claim and return it to the Victim Compensation and Government Claims Board.  Please note that neither a stamped signature nor a copy meets the Government Code requirements.

In order to complete the processing of your claim, please provide a certified copy of your Trust Fund Account as requested on line five of the Waiver request form.

IMPORTANT NOTICE:
In order for tort claims to be considered complete, the above referenced questions must be answered in writing within six months of the original date of incident (see Government Code Section 901 and 911.2).  If you respond later than six months, but prior to one year from the original date of incident, you must apply without delay for leave to present a late claim (Government Code Sections 911.2 through 911.4, inclusive, 946.6).  The Board has no jurisdiction over tort claims presented more than one year from the original date of incident.

Please return your written response and a copy of this notice to the VCGCB and indicate claim number G571574 on all correspondence. We must receive a written response to this notice before we can process your claim further.

If you have questions about this matter, please mention letter reference 98 and claim number G571574 when you call or write your claim technician/analyst at (800) 955-0045.


Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

Ltr 98 Incomplete Claim





STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

Victim Compensation & Government Claims Board

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5ᵗʰ Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

Juan Santos J25409
P.O. Box 1050

Soledad, CA 93960

February 27, 2008

RE: Claim G571574 for Juan Santos, J25409

Dear Juan Santos,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on November 26, 2007.

Your claim is being accepted only to the extent it asserts allegations that arise from facts or events that occurred during the six months prior to the date it was presented.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis and interpretation typically undertaken by the Board. The claim has been placed on the consent agenda. The VCGCB will act on your claim at the March 20, 2008 hearing. You do not need to appear at this hearing. The VCGCB's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 99 and claim number G571574 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

    Ltr 99 Complex Issue Reject





STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

Juan Santos J25409
P.O. Box 1050

Soledad, CA  93960

March 28, 2008

RE:  Claim G571574 for Juan Santos, J25409

Dear Juan Santos,

The Victim Compensation and Government Claims Board rejected your claim at its hearing on
March 20, 2008.

If you have questions about this matter, please mention letter reference 123 and claim number G571574 when
you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,

Laura Alarcòn

Laura Alarcòn,  Program Manager
Government Claims Program
Victim Compensation and Government Claims Board

cc:  B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Warning

Subject to certain exceptions, you have only six months from the date this notice was personally delivered or
deposited in the mail to file a court action on this claim.   See Government Code Section 945.6.  You may seek
the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you
should do so immediately.

* * * * * * * * *

It is not necessary or proper to include the Victims Compensation and Government Claims Board  (Board) in
your court action unless the Board was identified as a defendant in your original claim.  Please consult
Government Code section 955.4 regarding proper service of the summons.

Ltr 123 Claim Rejection

TO: THE HONORABLE DISTRICT COURT OF THE UNITED STATES

FROM: PLAINTIFF; MR JUAN SANTOS CDC# J25409

SUBJECT: REQUEST FOR APPOINTMENT OF COUNSEL

DATE:

PURSUANT TO 28 U.S.C. § 1915 (e)(1) PLAINTIFF MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE. IN SUPPORT OF THIS REQUEST, PLAINTIFF STATES:

1) PLAINTIFF IS AN INCARCERATED PRISONER WHO IS INDIGENT WITH NO MEANS TO SUPPORT HIMSELF. THEREFORE, HE IS UNABLE TO AFFORD COUNSEL. HE HAS REQUESTED LEAVE TO PROCEED IN FORMA PAUPERIS.

2) PLAINTIFF IS A NON-CITIZEN, WHO IS NOT FLUENT IN THE ENGLISH LANGUAGE. HIS RIGHTS BEING PROTECTED BY THE FIFTH AND FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION. FURTHERMORE, PLAINTIFFS IMPRISONMENT AND CURRENT ADMINISTRATIVE SEGREGATION STATUS WILL GREATLY IMPEDE AND LIMIT HIS ABILITY TO PROPERLY REPRESENT HIMSELF AND LITIGATE IN COURT. THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX, AND WILL REQUIRE SIGNIFICANT RESEARCH AND INVESTIGATION. PLAINTIFF HAS LIMITED ACCESS TO THE LAW LIBRARY AND LIMITED KNOWLEDGE OF THE LAW.

3) A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTIMONY, AS WELL AS ESTABLISHING AND CHALLENGING THE CREDIBILITY OF THE WITNESSES. THUS, COUNSEL WOULD BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE AND CROSS EXAMINE WITNESSES.

4) THIS CASE WILL DEFENITEVELY INVOLVE THE PRESENCE, DUTIES, AND KNOWLEDGE OF EXPERTS. SUCH AS AN INTERPRETER FLUENT IN SPANISH FOR PLAINTIFF TO COMMUNICATE PROPERLY AND EFFICIENTLY WITH COUNSEL, AND THE COURT. AS WELL AS EXPERT WITNESSES LIKE PSYCHOLOGISTS TO EXPLAIN PLAINTIFFS MENTAL DEGRADATION DUE TO HARSH PRISON CONDITIONS.

5) PLAINTIFF HAS MADE NUMEROUS ATTEMPTS AND REPEATED EFFORTS TO OBTAIN A LAWYER. ATTACHED TO THESE PETITIONS ARE COPIES OF VARIOUS LAW OFFICES AND ORGANIZATIONS RESPONSES, VIA LETTERS EXPLAINING THEY CAN NOT PROVIDE LEGAL COUNSEL FOR PLAINTIFF'S CASE. ( PLEASE REFER TO ATTACHED DOCUMENTS)

WHEREFORE, PLAINTIFF RESPECTFULLY REQUESTS THAT THE HONORABLE COURT APPOINT A MEMBER OF THE                    BAR, AS COUNSEL IN THIS CASE, TO PROPERLY REPRESENT PLAINTIFF.

DATE : _____

RESPECTFULLY SUBMITTED

JUAN SANTOS C.D.C. # J25409

SALINAS VALLEY STATE PRISON
P.O. BOX 1050    HOUSING : D2 -126 U
SOLEDAD, CALIFORNIA.
· 93960 ·

FOOT NOTE : THIS DOCUMENT FOR PLAINTIFF, WAS DRAFTED BY MY PERSON INMATE JUAN PABLO GRAJEDA K26278 WHO IS PLAINTIFFS' CELLMATE AT AD-SEG UNIT HOUSING : D2-126 AT SALINAS VALLEY STATE PRISON. ASSISTING A FELLOW INMATE PER C.C.R. TITLE 15 SECTION 3084.2 (d) SUBSECTION (f). DUE TO PLAINTIFFS LACK OF EDUCATION AND FLUENCY IN THE ENGLISH LANGUAGE. I DECLARE THIS TO BE TRUE AND CORRECT UNDER PENALTY OF PERJURY. EXECUTED AT SOLEDAD, CALIFORNIA ON DECEMBER 7, 2007

REPORT ID: TS3030   .701                                                          REPORT DATE: 06/06/08
                                                                                  PAGE NO:              1

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                          PLEASANT VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: MAY  01, 2008 THRU JUN. 06, 2008

ACCOUNT NUMBER : J25409                          BED/CELL NUMBER: AFB3T100000117U
ACCOUNT NAME   : SANTOS, JUAN                    ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                            TRUST ACCOUNT ACTIVITY

    *   THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT  *
    *   IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

    <<  NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
BALANCE        DEPOSITS      WITHDRAWLS    BALANCE        BALANCE      TO BE POSTED
----------     ----------    ----------    ----------    ----------   ----------
  0.00           0.00          0.00          0.00          0.00          0.00

                                                                        CURRENT
                                                                       AVAILABLE
                                                                        BALANCE
                                                                      -----------
                                                                          0.00

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date: **MAY 0 9** 2008                                                                                 **Combining Two Appeals**

In re:    Juan Santos, J25409
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210-8500

IAB Case No.: 0722059 and        Local Log No.: SVSP-07-04947 and SVSP 07-05228
IAB Case No.: 0724343

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner K. J. Allen. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that he was inappropriately housed in the Administrative Segregation Unit (ASU) at Salinas Valley State Prison (SVSP). The appellant states that the information received by facility staff that he was going to assault staff was false. The appellant states that following an inquiry into the confidential information received, he was housed in the ASU, and then subsequently cleared of any wrongdoing. The appellant states that he was not charged with any offense and believed that he should have been released back to Facility "A" at SVSP. However, staff would not release the appellant as he has enemy concerns on the facility. The appellant requests on appeal that an inquiry be conducted into his inappropriate ASU placement and the false allegations of enemy concerns at SVSP. The appellant requests on appeal that he be released from the ASU and returned to Facility "A."

**II    SECOND LEVEL'S DECISION:** The reviewer found that the appellant was placed in the ASU on August 31, 2007, pending completion of an investigation into the allegations of the appellant planning to physically assault staff on Facility "A." The investigation was completed and there was insufficient information to issue a CDC Form 115, Rules Violation Report to the appellant. An Institution Classification Committee (ICC) reviewed the investigation and the appellant's case factors and determined that there were enemy concerns on Facility "A," which prevents his release to that facility. Thus, the appellant was referred to the Classification Staff Representative (CSR) for requesting an alternate Level IV transfer. The CSR endorsed the appellant to a non-adverse transfer to Pleasant Valley State Prison (PVSP) Level IV.

The reviewer also notes that the appellant's claim that the enemy concerns on Facility "A" are false was investigated. The reviewer notes that the validity of the enemy concerns has been verified and consistent with CDCR policy. Lastly, the reviewer notes that the appellant's request to be released to Facility "D" to participate in the "TPU" on that facility will be reviewed by the ICC. The appellant's appeals were granted in part at the Second Level of Review.

**III    DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A. FINDINGS:** The Director's Level of Review (DLR) notes that the two above-noted appeals were combined to provide the timeliest response to the appellant. The appellant appealed his ASU placement based on the confidential information; and he appealed the fact that he could not be released back to his facility because of the same confidential information.

The confidential information received about the appellant was reviewed by supervisory custody staff. The information met the criteria as described in the California Code of Regulations, Title 15, Section (CCR) 3321. Appeal inquiries were conducted by supervisory staff and the appeals were reviewed by the institution's chief deputy warden. The appellant was appropriately placed into the ASU due to safety and security concerns for the institution, facility, and the appellant. The appellant did not provide evidence that would support his allegations that any confidential received by staff was misapplied to his custody and/or placement.

JUAN SANTOS, J25409
CASE NO. 0722059
PAGE 2

The appellant's appeal claim is noted. It is also noted that inmates on his facility could have fabricated the entire episode. However, the fact remains that even if this was the case, it is clear that the appellant has enemies on the facility. There is no evidence that the appellant's due process rights have been violated. In contrast, it appears the actions of staff were in the appellant's best interests. Further relief at the DLR is unwarranted. Although the appellant has the right to submit an appeal, his request for monetary compensation is beyond the scope of the departmental appeals process. The DLR notes that the appellant has been transferred to PVSP.

**B. BASIS FOR THE DECISION:**
CCR: 3001, 3084.1, 3270, 3271, 3321, 3335, 3337, 3339, 3375, 3376, 3391

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, PVSP
        Appeals Coordinator, PVSP
        Appeals Coordinator, SVSP

Case 3:08-cv-03199-JSW Document 1 Filed 07/03/2008 Page 15 of 57

*I'M BEING DEHOUSED WITHOUT JUSTIFICATION. I'M ASKING TO BE RELEASED F.A.C "A". P.U. A.S.A.*

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region: SVSP d    Log No. 07-04947    Category: 12

CA2

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not satisfied, you may send your appeal with all supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.    *release Asu*

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUM |
|---|---|---|---|
| SANTOS JUAN | J25409 | N/A | 02-126 |

**A. Describe Problem:** ON 8-31-07 I WAS REHOUSED IN AD-SEG FROM FACILITY (A) FOR SUSPICION ON PLOTTING TO ASSAULT STAFF. PRIOR TO BEING REHOUSED IN AD-SEG. SGT E. BEST ASKED ME IF I HAD ANY PROBLEMS WITH HIS SUBORDINATES, SPECIFICALLY A4 FLOOR C/O MORRISON. I IMMEDIATELY RESPONDED THAT IN FACT I DIDNOT HAVE PROBLEMS WITH ANY C/O'S AT ALL. SGT BEST THEN STATED THAT HE WOULD FURTHER INVESTIGATE INTO THESE ALLEGATIONS, BEFORE DECIDING WHETHER TO REHOUSE ME IN AD-SEG OR SEND ME BACK TO MY CELL. ON 9-6-07 I WENT BEFORE I.C.C. WHERE I WAS TOLD THAT PER C.I.R TITLE 15 3335 (e) (3), I WOULD HAVE TO WAIT FOR THE FINAL RESULTS OF THE INVESTIGATION INTO THE ALLEGED PLOT. IN ORDER FOR THEM TO DICTATE A PROGRAM REVIEW FOR MY CASE. ON 10-4-07, I RETURNED BEFORE I.C.C. WHERE I WAS TOLD THE INVESTIGATION WAS OVER AND RESULTS CAME OUT NEGATIVE. THUS, I WAS FOUND INNOCENT OF THE ALLEGED CHARGES. THE A-FACILITY CCII WILLIAMS, THEN STATED THAT I COULD BE SENT BACK TO A-FAC. HOWEVER, DUE TO ENEMY CONCERNS RELATED TO THE INVESTIGATION OF THE ALLEGED PLOT TO ASSAULT STAFF. THE C.C.II LEFT THAT DECISION UP TO FAC(A) CPT. MANTEL AND (A) CON GROUNDS. INSTEAD OF SENDING ME BACK TO A-FAC. THEY DECIDED TO PLACE ME FOR TRANSFER EITHER TO PLEASANT VALLEY STATE PRISON, OR S.A.T. (F) CORCORAN STATE PRISON. I NOW COME FORTH WITH THIS C.D.C. 602 TO APPEAL THAT DECISION WITH THE GROUNDS THAT: SINCE THIS ENEMY CONCERN IS RELATED TO THE INITI-

If you need more space, attach one additional sheet.    REC'D OCT 0 9 2007    *BACK PLEASE*

**B. Action Requested:** RESPECTFULLY REQUEST THE FOLLOWING: FIRST, PER TITLE 15 C.C.R 3335 (e) (3) TO BE RELEASED IMMEDIATELY TO T.P.U.; SECOND, FOR STAFF TO THOROUGHLY AND METICULOUSLY INVESTIGATE THE VALIDITY, RELIABILITY, AND CREDIBILITY OF THE INFO. PROVIDED BY THE INDIVIDUAL WHO DECLARES ME AS HIS ENEMY, AS WELL. AS INVESTIGATE THE MENTAL, PSYCHOLOGICAL CAPACITY AND COMPETENCE OF SAID INDIVIDUAL. ALL FALLING UNDER C.C.R TITLE 15 (3378 (d) (2) (3)). THIRD, ONCE THIS INVESTIGATION IS OVER AND DETERMINES THAT THIS INDIVIDUAL DID INDEED LIE AND, I POSE NO THREAT TO HIM, FOR ME TO BE RELEASED FROM T.P.U. BACK TO A-FACILITY TO CONTINUE TO PROGRAM IN A POSITIVE MANNER, AND HAVE THIS INDIVIDUAL REMOVED OFF FACILITY (A) FOR DISRUPTING MY PROGRAM AND WASTING STAFF'S TIME AND RESOURCES. I WOULD LIKE FOR THE ENDORSEMENT PROCESS FOR TRANSFER. TO BE _____ POSTPONED PENDING OUTCOME OF INVESTIGATION.

Inmate/Parolee Signature _____    Date Submitted: 10/7/07

**C. INFORMAL LEVEL** (Date Received: 10/18/07)

Staff Response: Denied. Based on your CDC-812C the confidential nature per I.C.C. decision not to release you from Asu'w CCII-TPU

Staff Signature: A. Williams, CCII    Date Returned to Inmate: 10/18/07

**D. FORMAL LEVEL**    RET'D NOV 0 8 2007

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response. I RESUBMIT THE REQUESTS STATED IN THIS APPEAL. I.C.C. STATED THAT MY ENEMY CONCERNS ARE FOUND ONLY AT FAC(A) NOT T.P.U. THEREFORE, THERE IS NO REASON WHY I CANNOT BE RELEASED TO T.P.U. ALSO IN HIS RESPONSE AT THE INFORMAL LEVEL CCII WILLIAMS DID NOT ADDRESS MY OTHER TWO REQUESTS ON THE FOLLOWING ISSUES. FIRST, REGARDING THE INVESTIGATION OF THE CREDIBILITY, RELIABILITY, AS WELL AS THE MENTAL PSYCHOLOGICAL COMPETENCE AND CAPABILITY OF INDIVIDUAL WHO'S CLAIMING TO BE MY ENEMY. SECONDLY, RETURN TO A-FAC. ONCE RESULTS OF ASSIGNED INVESTIGATION DEEMS THAT INDIVIDUAL IS LYING AND I POSE NO THREAT TO HIM. BECAUSE I DO NOT KNOW WHO THIS PERSON IS AND HIS FALSE ALLEGATIONS CAUSED FOR ME TO BE PLACED IN AD-SEG UNJUSTLY.

Signature _____    RECEIVED OCT 2 3 2007    Date Submitted: 10/22/07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    RECEIVED NOV 1 4 2007    CDC Appeal Number _____

RECEIVED
INMATE APPEALS BRANCH
FEB - 5 2008

SVSP INMATE APPEALS OFFICE
RECEIVED COMPLETED RESPONSE ON

DEC 18 2007

DENIED

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 11-15-07   Due Date: 12-31-07
1ST LVL ☑   2ND LVL ☐
Interviewed by: P. MACKEY, CCI

ICC REVIEWED ALL CASE FACTORS AND
ELECTED TO RETAIN YOU IN ASU PENDING
TRANSFER. YOU WILL NOT BE RETURNED TO FACILITY
A DUE TO ENEMY CONCERNS. A FURTHER INVESTIGATION
INTO THE ENEMY CONCERN IS NOT NECESSARY.

Staff Signature: _____   Title: CCI   Date Completed: 12/17/07
Division Head Approved: _____   RECD DEC 19 2007
Signature: _____ Danton   Title: CAPT   Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of
receipt of response: I RESUBMITT WHAT IS STATED HERE IN THIS DOCUMENT, PER
3378 (b) 2,3. A DETAILED INVESTIGATION INTO ENEMY CONCERNS IS WARRANT
TO ESTABLISH CREDIBILITY OF SUCH CONCERNS. MY UNJUST RETAINMENT IN AD-SEG
IS A VIOLATION OF MY CIVIL RIGHTS UNDER THE U.S. CONSTITUTION 14TH AMENDMENT
DUE PROCESS SAFEGUARDS. A CRUEL AND UNUSUAL PUNISHMENT IS BEING INFLICTED
VIOLATING 8TH AMENDMENT. I REQUEST COMPENSATION FOR DAMAGES.
Signature: _____ RECD DEC 24 2007   Date Submitted: 12-20-07

Second Level: ☐ Granted   ☑ P. Granted   ☐ Denied   ☐ Other
G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 12/24/07   Due Date: 1/24/08
☑ See Attached Letter:   1-23-2008

Signature: _____ KLI C CMOT   Date Completed: 1/8/08
Warden/Superintendent Signature: _____   DATD JAN 25 2008   Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of
response. ON 1-23-08 THERE STILL IS CONFLICTING STORIES, UNFAIR AND BIAS, ACTIONS OF THIS
APPEAL DESCISION, DUE TO THE LACK OF INVESTIGATION IN WHICH WAS DENIED. ALONG WITH A
TRANSLATOR, DURING MY HEARING, IN WHICH VIOLATES THE C.C.R. TITLE 15 PER 3339 (3) I STILL REMAIN IN
AD-SEG. SINCE RIGHT NOW I'M BEING DEPRIVED OF SUCH PROGRAMS, AND PRIVILEGES, THEREFORE MY
CIVIL RIGHTS ARE BEING VIOLATED BASICALLY THE 8TH, 14TH AMENDMENTS OF THE U.S. CONSTITUTION
CALIFORNIA PENAL CODE 2660-2662, CCR TITLE 15 3004 (a), 3335 (a) AND 3391 (a) FOR THIS
ONGOING AND CONTINOUS VIOLATION I REQUEST JUST MONETARY COMPENSATION
THAT ENCOMPASSES FROM 3-31-07 TIL THE PRESENT AND TO THE UNKNOWN FUTURE.

Signature: _____   Date Submitted: 1-29-08.

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted   ☐ P. Granted   ☑ Denied   ☐ Other
☑ See Attached Letter
Date: MAY 09 2008
CDC 602 (12/87)

INVESTIGATION INTO THE ALLEGED PLOT TO ASSAULT STAFF BY MY PERSON. THE FOLLOWING FALTS MUST BE, AND NEED TO BE TAKEN INTO ACCOUNT; FIRST, THA MY INNOCENCE OF ANY ALLEGED PLOT TO ASSAULT STAFF WAS PROVEN AND DO-CUMENTED AS A RESULT OF SAID INVESTIGATION. SIMULTANEOUSLY AND SUB-SEQUENTLY DISCREDITING AND INVALIDATING THE STATEMENTS OF THE CON-FIDENTIAL SOURCE, AS WELL AS THE RELIABILITY, AND CREDIBILITY OF SAID SOURCE WHO WAS FALSELY ACCUSING ME OF THE ABOVE MENTIONED PLOT (PER C.D.C. 1030 DATED 8/31/07). SECONDLY, THIS CONFIDENTIAL SOURCE IN A-FACILITY, CLEARLY APPEARS TO BE THE SAME INDIVIDUAL WHO IS NOW, DECLARING ME TO BE HIS ENEMY. PER TITLE 15 C.C.R 3378 (b) (2) (3) THERE MUST BE A DETAILED AND THOUROUGH INVESTIGATION, BY STAFF, OF THE INFORMATION PROVIDED BY TH INDIVIDUAL, WHICH STATES WHY HE IDENTIFIES ME AS HIS ENEMY. THE FOLIO-WINT QUESTIONS NEED TO BE ASKED; WHY, AND WHAT IS THE REASON BEHIND THIS INDIVIDUAL LABELING ME AS HIS ENEMY?; DOES HE HAVE AN ULTE-RIOR MOTIVE TO DO SO? SUCH AS HIM GAINING SOME TYPE OF PERSONNAL BENE-FIT AND ADVANTAGE BY HAVING ME REMOVED OFF A-FAC. DID WE (THE INDIVIDUAL AND I) HAD PREVIOUS CONTACTS? SUCH AS OLD FIGHTS, DISAGREEMENTS?, IS THIS INDIVIDUAL PSYCHOLOGICALLY AND MENTALLY COMPETENT? ONE MUST CLEARLY KEEP IN MIND THAT THIS INDIVIDUAL ALREADY LIED, BY PROVIDING FALSE ACCUSSATIONS REGARDING THE ALLEGED PLOT TO ATTACK STAFF. THIS IS CO-RROBORATED, SUPPORTED, AND EMPHASIZED BY THE NEGATIVE RESULTS OF THE INVESTIGATION. THEREFORE, HAVING ALREADY ESTABLISHED THE NULL, VOID, IN-VALID AND WITHOUT MERIT CREDIBILITY AND RELIABILITY OF THIS INDIVIDUAL AS A CONFIDENTIAL SOURCE ACCORDING TO TITLE 15 C.C.R 3321 (3) (B) AND 3321 (B) (1) (2). THE NEXT LOGICAL STEP IS TO COME TO THE CONCLUSION THAT THIS INDIVIDUAL IS ONCE AGAIN LYING BY PROVIDING FALSE INFO. THAT DECL-RES ME AS HIS ENEMY. IN THIS CASE TO PREVENT ME FROM RETURNING TO FACILITY (A). I'M A PROGRAMMING INMATE WHO HAS NOT RECEIVED A SERIOUS RV. IN MORE THAN A YEAR. I'M DUE TO PAROLE JULY 2010. MY OBJECTIVE IS TO REACH MY PAROLE, AND NOT ENGAGE IN ANY BEHAVIOR THAT WILL HINDER MY RELEA THE NEGATIVE RESULTS OF THE INVESTIGATION CAN ATTEST TO THIS FACT. I WAS FALSEL AND WRONGLY ACCUSSED OF AN ALLEGED PLOT, AND SIMUTTED BY AN INDIVIDUAL WHOM FOR ONE REASON OR ANOTHER CLEARLY WAS, AND IS SEEKING HIS OWN SELFISH PERSONNAL GAIN AND BENEFIT BY LYING. FIRST, TO HAVE ME RE-MOVED FROM A-FAC. AFFECTING, DISRUPTING, AND DAMAGING MY CURRENT PROGRAM, CUSTODY LEVEL, CREDIT EARNING, PRIVILEGE GROUP, WORK/EDUCATIO WAITING LIST, AND VISITING STATUS. AND CURRENTLY, LYING AGAIN TO NOT HAVE ME RETURN TO A-FAC. THIS IS ENSUING FOR ME TO BE UNJUSTLY AND UNFAIRLY RETAINED IN AD-SEG WITH NO VALID JUSTIFICATION. AS I HAV STATED BEFORE, THE INVESTIGATION INTO THE ALLEGED PLOT YIELDED NEGATIVE RESULTS THAT CONFIRM MY INNOCENCE. IN NO WAY AM I AN IMMEDIATE THREAT TO MY OWN SAFETY, NOR THE SAFETY OF OTHERS, NOR DO I ENDANGER INSTITUTION SECURITY. SINCE THIS IS ALREADY ESTABLISHED IN THIS CASE, I SHOULD BE RELEASED TO T.P.U. PENDING RESULTS OF INVESTIGATION OF INFO. PROVIDED BY INDIVIDUAL WHO IDENTIFIES ME AS ENEMY PER 33.78 (b) (2) (3, ONCE INVESTIGATION CONCLUDES AND DETERMINES THE INFO PROVIDED IS NOT SUFFICIENT TO WARRANT PREVENTION OF MY RETURN TO (A) FAC. I WOULD, THEN, LIKE TO BE RETURNED TO (A) FAC. TO CONTINUE TO PROGRAM IN A POSITIVE FASHION. THIS INDIVIDUAL WHO LIED TO REMOVE ME OFF THE YARD AND NOW TO PREVENT MY RETURN SHOULD BE REMOVED FROM (A) FAC. SINCE HIS UNFOUNDED, UNBASED, AND FALSE ACCUSSATIONS DISRUP-TED MY POSITIVE PROGRAMMING. AS WELL AS CAUSED UNNECE-SSARY AND UNJUSTIFIED WORK FOR STAFF WASTING THE FACILI-TIES RESOURCES.

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region | Log No. | Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| SANTOS  JUAN | J25409 | N/A | D2-126 |

A. Describe Problem: ON 8/31/07 I WAS REMOVED FROM A-FACILITY AND REHOUSED IN AD-SEG AS A RESULT OF AN ALLEGED THREAT TO ASSAULT STAFF BY MY PERSON. THE FIRST WEEK OF SEPTEMBER I WAS PROVIDED A C.D.C. 1030 FORM STATING THAT A CONFIDENTIAL SOURCE RELINQUISHED INFORMATION THAT ALLEGEDLY INCRIMINATES ME AS HAVING THE INTENTION TO ASSAULT STAFF. THIS FORM (ENCLOSED) STATES THAT "SOURCE HAS PROVIDED INFO. WITH REGARD TO YOUR ALLEGED PLAN TO ASSAULT STAFF AT S.V.S.P. FACILITY (A) S.N.Y HOWEVER, THE C.D.C. 1030 SECTION 3) DOES NOT SPECIFY THE DETAILS OF SUCH INFORMATION. I.E.; WHO IS THE ALLEGED TARGET OF THIS ALLEGED PLAN, REASON AND CAUSE BEHIND

If you need more space, attach one additional sheet.    REC'D OCT 01 2007    BACK PLEASE

B. Action Requested: RESPECTFULLY REQUEST FOR THE INVESTIGATION, OF THE STATEMENTS OF THE CONFIDENTIAL SOURCES, AS WELL AS THE RELIABILITY, AND MENTAL PSYCHOLOGICAL COMPETENCE OF SAID SOURCES, TO BE FULLY EVALUATED AND INVESTIGATED PROPERLY ACCORDING TO TITLE 15 C.C.R. 3321 (B)(1)(2) AND 3321 (3)(B). ALSO TO HAVE A POLYGRAPH TEST ADMINISTERED. PER TITLE 15 C.C.R 3293 (A) (1). AND AS A RESULT HAVE THE CHARGES DISMISSED TO BE RELEASED BACK TO FACILITY (A).

Inmate/Parolee Signature: _____    Date Submitted: 9/30/07

C. INFORMAL LEVEL (Date Received: 10-31-07    )

Staff Response: PARTIALLY GRANTED— AS AN ASU CASE, ALL DOCUMENTATION IS REVIEWED BY A CLASSIFICATION SERVICE REPRESENTATIVE (CSR), A CSR WILL NOTE AND REQUEST CLARIFICATION IF ANY MISTAKES OR VIOLATIONS WERE MADE

Staff Signature: _____    Date Returned to Inmate: 11/8/07

RECEIVED FEB 2

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response. LET ME POINT OUT OUT, TH...

V INVESTIGATION DONE BY (A) FACILITY STAFF EXCENORATED ME FROM THE ALLEGED CHARGE, YET I AM STILLING TO TAKE AND REQUEST THE POLYGRAPH EXAMINATION TO CLEAR ANY DOUBTS OF MY INNOCENCE. BECAUSE TO THIS

...TE, I'M STILL BEING UNJUSTLY KIDNAPPED IN AD-SEG WITH NO CHARGE NOR FOUNDATION, NOW THE C.S.R AGENT MUST BECOME AWARE OF THIS 602 IN ORDER FOR THE AGENT TO PROPERLY INVESTIGATE AND REVIEW MY CASE IN ACCORDANCE TO THE IDENTIFIED REQUESTS PER TITLE 15 C.C.R 3084 (1)(2). REGARDING THE RELIABILITY, CREDIBILITY, AND VALIDITY OF THE CONFIDED AL SOURCE, AS WELL AS HIS PSYCHOLOGICAL MENTAL COMPETENCE AND CAPABILITY, INCLUDING THE PERSONS BEHAVIOR AND CI ...LINARY PAST DUE TO THE FACT THAT I DO NOT KNOW WHO THIS PERSON IS. THUS, HIS INTENTIONS, ULTERIOR MOTIVES MUST BE INVES ...GATED PER TITLE 3321 (B)(1)(2); 3321 (1)(2), 3321 (A)(1)(2), BECAUSE I'VE BEEN (IN) AT (A) FACILITY FOR 2 YEARS AND NEVER ...GAGED IN ANY SERIOUS DISRUPTIVE BEHAVIOR IN FACT MY CDC 8VO FROM NOVEMBER 2007 ANNUAL REVIEW DEMONSTRATES THE ...T POINTS WERE LOWERED FOR POSITIVE PROGRAMMING. ALL MY 128 G'S CLEARLY SPECIFY I CONSISTING A CONCRETE THREAT OR CHARGE TO BE HELD AT KIOSK STATUS IN AD SEG. I CLEARLY WITH NO DOUBT QUALIFY TO BE RELEASED OUT OF AD-SEG TO CONTINUE MY POSITIVE PROGRAMMING AND NOT BE DENIED OF ANY REHABILITATIVE OPPORTUNITIES SINCE RIGHT NOW I'M...

Signature: _____    RECEIVED DEC 06 2007    Date Submitted: 12-5-07

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number: _____

Board of Control form BC-1M Inmate Claim
BEING DEPRIVED OF SUCH PROGRAMS, AND PRIVILEDGES, THERE FORE MY CIVIL RIGHTS ARE BEING VIOLATED. SPECIFICALLY THE 8TH, 14TH AMENDMENTS OF THE U.S. CONSTITUTION, CALIFORNIA PENAL CODE 2650-2652, OCR TITLE 15 3004(a), 3335(a) AND 3391(a). FOR THIS ON GOING AND CONTINUOUS VIOLATION I REQUEST JUST MONETARY COMPENSATION THAT ENCOMPASSES FROM 8-31-07 TIL THE PRESENT, AND TO THE UNKNOWN FUTURE.

ALLEGED PLAN, ETC. NOTHING ABOUT THE STATEMENT IN SECTION (3) OF THE C.D.C. 1030 IS CLEAR, IN RELATION TO DISCLOSING AS MUCH OF THE INFORMATION AS CAN BE DISCLOSED WITHOUT IDENTIFYING ITS SOURCE. WHICH IS A VIOLATION OF TITTLE 15 C.C.R 3321 (3) (B). FURTHER MORE, IN SECTION 2 OF THE C.D.C. 1030 IT STATES " A) THIS SOURCE HAS PROVIDED PREVIOUSLY CONFIDENTIAL INFO. WHICH HAS PROVEN TO BE TRUE " AND -B} "C) MORE THAN ONE SOURCE INDEPENDENTLY PROVIDED THE SAME INFO." IN BOTH OF THESE STATEMENTS, PER C.C.R TITLE 15 3321 (B) (1)(2). THE PRESIDING STAFF IN THIS CASE LT. (A) METCALFE NEEDED TO THOUROUGHLY EVALUATE AND INVESTIGATE THE RELIABILITY OF THE SOURCE(1) DUE TO THE CIRCUMSTANCES WHICH SURROUND THIS ISSUE. SUCH AS IF THE SOURCES ARE MENTALLY AND PSYCHOLOGICALLY COMPETENT, ALSO IF THE SOURCES. HAD ANY ULTERIOR MOTIVES WHICH CAUSED HIM/THEM TO PROVIDE THIS INFO. WHICH IN TURN, WOULD ENSUE TO HIS PERSONAL GAIN AND BENEFIT. IE'S IF THIS CONFIDENTIAL SOURCE HAD A PERSONAL GRUDGE AND IT WOULD BE TO HIS ADVANTAGE TO HAVE ME REMOVED OFF THE YARD. NOT EXCLUDING THE FOLLOWING: FIRST, THAT ALTHOUGH THIS SOURCE HAS PREVIOUSLY PROVIDED TRUE INFO. IT IS A POSIBILITY THAT DUE TO AN ULTERIOR MOTIVE THIS SOURCE MIGHT LIE AND PROVIDE FALSE INFO. SECONDLY, REGARDLESS OF THE STATEMENT IN SECTION 2) (C) OF THE C.D.C. 1030. NO SPECIFIC DETAILS WERE DISCLOSED AS HOW THE INFO. FROM EACH INDEPENDENT SOURCE IS RELATED AND HOW ONE STATEMENT CORROBORATES THE OTHER. CLEARLY DEMONSTRATING THAT LT (A) METCALFE FAILED TO FULLY INVESTIGATE THE SOURCES RELIABILITY AND THE MOTIVE BEHIND THE REASON WHY THESE STATEMENTS WERE PROVIDED TO STAFF. THUS, VIOLATING TITLE 15 C.C-R 3321 (B) (1) (2). THESE ACCUSSATIONS ARE INVALID AND FALSE. I'M A PROGRAMMING INMATE WHO HAS NOT RECIEVED A SERIOUS R.V.R IN MORE THAN A YEAR. I'M DUE TO PAROLL IN JULY 2010. IN NO WAY AM I SEEKING TO ENGAGE IN ANY TYPE OF BEHAVIOR THAT WILL HINDER MY UPCOMING RELEASE. MY OBJECTIVE IS TO REACH MY PAROLE DATE, MAKE IT OUT TO SOCIETY AND NEVER RETURN TO PRISON. IN ORDER TO FULLY PROVE AND DEMONSTRATE MY INNOCENCE I AM WILLING TO SUBMIT TO A POLYGRAPH EXAMINATION (PER TITTLE 15 C.C.R 3293 (A)(1)). WHICH WILL RESULT IN DISPELLINH ALL FALSE ACCUSSATIONS THAT HAVE BEEN BROUGHT AGAINST MY PERSON. BY CHECKING WITH STAFF FROM MY FORMER HOUSING UNIT (A4). THEY CAN VERIFY THAT I NEVER ENGAGED IN ANY SUSPICIOUS NOR DISRESPECTFUL BEHAVIOR THAT HAD POTENTIAL TO "ATTACK STAFF." THE STAFF CAN INDEED CERTIFY THAT I AM A PROGRAMING INMATE.

# Memorandum

Date:    January 23, 2008

To:    Inmate Santos, J25409
       Salinas Valley State Prison

Subject:  SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-D-07-04947

### ISSUE:

Appellant claims he was placed in the Administrative Segregation Unit (ASU) due to information being received that he was going to assault staff on A Facility. The appellant claims that the investigation was completed and he was not charged with any offense. The appellant claims that he was retained in ASU due to an enemy concern on A Facility. The appellant contends that this enemy concern is false and he should be released from ASU to the D TPU program pending investigation into the enemy concern.

Appellant requests on appeal that his enemy concerns on A Facility be investigated and that he be released from ASU to the D TPU program pending outcome of the investigation. If it is proven that the enemy concerns on A Facility are false the appellant requests to be returned to A Facility.

**REGULATIONS**:  The rules governing this issue are:

CCR 3321 Confidential Material
CCR 3375 Classification Process
CCR 3378 Documentation of Critical Case Information

### SUMMARY OF INVESTIGATION:

The First Level of Review (FLR) was completed on December 17, 2007 by Correctional Counselor II A. Meden. P. Nickerson, Correctional Counselor I, interviewed the appellant. R. Burgh, Correctional Counselor II, was assigned to investigate this appeal at the Second Level of Review. All submitted documentation and supporting arguments have been considered. Additionally, a thorough examination has been conducted regarding the claim presented, and evaluated in accordance with Salinas Valley State Prison (SVSP) Operational Procedures (OP); the California Code of Regulations (CCR); and the Departmental Operations Manual (DOM).

The appellant was placed in ASU on August 31, 2007 because confidential information was received indicating he was going to assault staff. An investigation was completed and the appellant was not charged with any offense. During the course of the investigation it was determined the appellant has an enemy concern on A Facility. Institutional Classification Committee (ICC) reviewed that case on November 1, 2007 and referred the case to the Classification Staff Representative (CSR) for transfer to an alternate SNY institution and elected to retain

Inmate Santos, J25409
Case No. SVSP-D-07-04947
Page 2

the appellant in ASU pending transfer. The CSR reviewed the case on November 13, 2007 and endorsed the appellant for transfer to PVSP IV (SNY).

The appellant contends the claimed enemy concern is false and needs to be investigated. The validity of the enemy concern has been investigated and it appears the enemy concern is appropriately documented per CDCR policy. Due to the enemy concern noted as confidential, the appellant is not allowed to know the particulars of the investigation. The appellant's request to have his enemy concerns investigated has been completed. Due to the appellant having documented enemy concerns on A Facility his request to be returned to A Facility is without merit.

The appellant has also requested to be released from ASU to the D Facility TPU program pending transfer to an alternate institution. The case has been reviewed for TPU placement and it appears that the appellant meets TPU placement criteria. The appellant's case will be referred to ICC for review to determine if he can be released from ASU to D Facility TPU. ICC will make the final decision if the appellant will be released from ASU; therefore this appeal is partially granted.

**DECISION**: The appeal is Partially granted.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

G. A. NEOTTI
Chief Deputy Warden
Salinas Valley State Prison

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE

CDC 114-D (Rev 10/98)

FROM: _____ TO: _____

DISTRIBUTION:
WHITE - CENTRAL FILE        CANARY - WARDEN
BLUE - INMATE (2ND COPY)    PINK - HEALTH CARE MGR
GREEN - ASU                 GOLDENROD - INMATE (1ST COPY)

| INMATE'S NAME | | CDC NUMBER |
|---|---|---|
| SANTOS | | J25409 |

## REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[ ] ENDANGERS INSTITUTION SECURITY        [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:   Inmate SANTOS, J25409, on 05-31-07, you are being placed in Administrative Segregation pending an investigation.  On 05-31-07, Facility A-SPU staff at Salinas Valley State Prison received confidential information that you are planning to physically assault staff at Facility A.  (Per CII-1030 dated 05-31-07).  In view of this information, your continued presence on Facility A is deemed an immediate threat to the safety and security of the institution.  You will remain in Ad-Seg, pending completion of the investigation (to be conducted by Sergeant S. Deshinias, and completed by 05-05-07), possible adjudication of the disciplinary process and ICC review for future programming and housing needs.  This placement is ordered by Lieutenant (A) R. Marcella, and it may affect your custody level, credit earning, privilege group and visiting status.  You are a participant in the Mental Health Services Delivery System at the CCMS level of care.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)   [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:   /   /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | | SIGNATURE | | | TITLE |
|---|---|---|---|---|---|---|
| 05-31-07 | R. Marcella | | | | | Lieutenant (A) |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | | | | |

| [ ] INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER |
|---|---|---|
| | | |

## ADMINISTRATIVE REVIEW (PART B)

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | | INVESTIGATIVE EMPLOYEE (IE) | | |
|---|---|---|---|---|---|
| STAFF ASSISTANT'S NAME | | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE | |

IS THIS INMATE:

LITERATE?                                                    [ ] YES  [ ] NO
FLUENT IN ENGLISH?                                           [ ] YES  [ ] NO
ABLE TO COMPREHEND ISSUES?                                   [ ] YES  [ ] NO
FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? [ ] YES [ ] NO
DECLINING FIRST STAFF ASSISTANT ASSIGNED?                    [ ] YES

EVIDENCE COLLECTION BY IE UNNECESSARY      [ ] YES  [ ] NO
DECLINED ANY INVESTIGATIVE EMPLOYEE        [ ] YES  [ ] NO
ASU PLACEMENT IS FOR DISCIPLINARY REASONS  [ ] YES  [ ] NO
DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED  [ ] YES

Any "NO" requires SA assignment

[ ] NOT ASSIGNED        [ ] NOT ASSIGNED

Any "NO" may require IE assignment

## INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER   [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

[ ] NO WITNESSES REQUESTED BY INMATE        INMATE SIGNATURE        DATE

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

DECISION:  [ ] RELEASE TO UNIT/FACILITY _____  [ ] RETAIN PENDING ICC REVIEW   [ ] DOUBLE CELL   [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|
| | | |

See Chronological Classification Review document (CDC 128-G) for specific hearing information

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

NAME: **SANTOS**                    CDC #: **J25409**                    BED: **D2-126U**

## COMMITTEE ACTION SUMMARY

RETAIN ASU PENDING COMPLETION OF INVESTIGATION, CONFIRM DOUBLE CELLING/PLACE ON WALKALONE YARD. PSYCH. CLEAR.

## COMMITTEE'S COMMENTS

Inmate SANTOS appeared before Salinas Valley State Prison's (SVSP's) Administrative Segregation Unit (ASU) Institutional Classification Committee (ICC) today for his Initial ASU Review. SANTOS stated that his health was good and was willing to proceed. SANTOS received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, SANTOS was introduced to the committee members. According to SANTOS CDC 114D, he was placed into SVSP's ASU on 8/31/2007 for: Pending investigation into assault staff. ICC notes that the investigation will be completed within two weeks. ICC elects to retain the inmate in ASU pending completion of investigation.

Based upon a review of SANTOS CDC 114D, Central File, case factors, and through discussion with him, committee elects to: Retain ASU pending completion of investigation, confirm double celling/Place on walkalone yard. Psych. Clear.

At the conclusion of this review, SANTOS was informed of visiting, property, use of force, and his Appeal Rights with regard to this committee's actions. SANTOS acknowledged his understanding and agreement with committee's actions.

### STAFF ASSISTANT

Not Assigned: (Issues not complex and non-participant in MHSDS) SA/Interpreter Present: S. Torrez, Psy.D

| | | | INMATE CASE FACTORS | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CUSTODY** | **PS/LEVEL** | **WG/PG & EFF. DATE** | **RELEASE DATE** | **GPL** | **RECLASS** | **ETHNIC** | **PSYCH - DATE 128C** | **NEXT BPT & DATE** |
| MAX | 120/IV | D1D - 8/31/2007 | EPRD 8/28/2011 | 9.5 | 11/15/2007 | MEX | Clear 8/27/1997 | N/A |

## COMMITTEE MEMBERS

*CHAIRPERSON*
R. Grounds, CDW (A)

*MEMBERS*
D. Mantel, FC., S. Torrez, Psy.D

*RECORDER*
A. Williams, CCII (Sup)

Committee Date: 9/6/2007

### INITIAL ASU REVIEW

Committee: A090607ALW1

Typed By: ALW - Distribution: C-File & Inmate

**SALINAS VALLEY STATE PRISON**

Classification Chrono CDCR 128G (Rev: 10/06)

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

| NAME: SANTOS | CDCR #: J25409 | BED: D-2-126U |
|---|---|---|

### COMMITTEE ACTION SUMMARY

RETAIN ASU PENDING ALT. LEVEL-IV (SNY) TX. REFER TO CSR RX TX PVSP/SATF-IV (SNY) BASED ON ENEMY CONCERNS, CONTINUE DOUBLE CELLING/WALKALONE YARD. PSYCH CLEAR.

### COMMITTEE'S COMMENTS

Inmate SANTOS appeared before Salinas Valley State Prison's (SVSP's) Administrative Segregation Unit (ASU) Institutional Classification Committee (ICC) today for his Program Review. SANTOS stated that his health was good and was willing to proceed. SANTOS received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, SANTOS was introduced to the committee members. According to SANTOS'S CDC 114D, he was placed into SVSP's ASU on 8/31/2007 for: Pending investigation into assault staff. ICC notes that the inmate was placed in ASU for pending investigation into assault staff. The investigation has been completed (see CM dated 9-5-07). Based on the information that was provided from the confidential memorandum, it appears the Santos was attempting to manipulate staff in gaining a cell move. ICC notes that a enemy concerns now exits that Santos cannot be returned to SVSP-Fac. A Level-IV (SNY) facility. ICC informed the inmate that this type of behavior will no longer be tolerated and if he does continue with a slight inclination his case will be referred to DRB for removal of SNY and recommendation for SHU-Indeterminate. This is a non-adverse transfer. His custody will be CLOB A2B effective upon the receiving institution. ICC notes that the VIO review could not be reviewed based on no information from the POR or police report. SVSP did order the police report and the receiving institution shall review the inmate's case for VIO once it arrives.

Based upon a review of SANTOS'S CDC 114D, Central File, case factors, and through discussion with him, committee elects to: Retain ASU pending alt. Level-IV (SNY) tx. Refer to CSR rx tx PVSP/SATF-IV (SNY) based on enemy concerns, continue double celling/walkalone yard. Psych. Clear.

At the conclusion of this review, SANTOS was informed of his Appeal Rights with regards to this committee's actions. SANTOS acknowledged his understanding and agreement with committee's actions.

### STAFF ASSISTANT

Assigned: (Issues not complex and non-participant in MHSDS) SA/Interpreter Present: S. Torrez, Psy.D

### INMATE CASE FACTORS

| CUSTODY | PS/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | AGE | ETHNIC | TERMER | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| MAX | 116/IV | D1D - 8/31/2007 | EPRD 8/28/2011 | 9.5 | 9/26/2008 | 40 | MEX | 3rd | N/A |
| RECEIVED SVSP | | RECEIVED FROM & TYPE OF TX | RECEIVED CDCR | COUNTY OF COMMITMENT | | | SENTENCE | | RESTITUTION |
| 4/25/2000 | | COR - Non-Adverse | 8/25/1997 | Los Angeles | | | 15 years | | $0.00 |

COMMITMENT OFFENSE

Robbery 2nd w/Use of Firearm

| PRIOR ARREST HISTORY | DISCIPLINARY HISTORY |
|---|---|
| Burglary, Petty Theft, False ID, Stolen Property, Possession/Purchase for Sale Narcotic Controlled Substance, Robbery, Possession/Manufacture/Sell Dangerous Weapon, Carjacking and Robbery 2nd | Possession of Inmate Manufactured Alcohol, Aggravated Battery on a Peace Officer and Fighting, Battery on an Inmate, Battery on an Inmate causing SBI, Mutual Combat |

| SEX OFFENSES | | ARSON OFFENSES | | ESCAPES | |
|---|---|---|---|---|---|
| Clear | | Clear | | Clear | |
| ENEMIES | | GANG/TIP | | CONFIDENTIAL | |
| Noted on CDC 812 | | None | | Clear | |
| MEDICAL | | TB - DATE 128C | DENTAL | DPP | SUBSTANCE ABUSE |
| Full Duty | | 32 - 3/26/2007 | 2 | N/A | Cocaine |
| PSYCH | | | MDO | | DDP |
| Clear | | | Meets MDO Criteria | | NCF |

| HOUSING | CELL STATUS | CAMP, MSF, CCF, SAP, CCRC, REST, CENTER, & MCCF ELIGIBILITY / VIO Review | | | |
|---|---|---|---|---|---|
| 270 Design | Double Cell | Camp Eligible: No VIO - HOL | SAP Eligible: No VIO - HOL | | MCCF Eligible: No VIO - HOL |
| INTEGRATION | | MSF Eligible: No VIO - HOL | CCRC Eligible: No VIO - HOL | | |
| | | CCF Eligible: No VIO - HOL | Rest. Center Eligible: No VIO - HOL | | VIO Review Date: |
| FPTTP | | HWD | | | JOB ASSIGNMENT |
| Inmate declines to participate in the FPTTP due to familily in the U.S. | | Active USINS Hold USINS A28704071 | | | Unassigned |

### COMMITTEE MEMBERS

CHAIRPERSON
R. Grounds, CDW (A)

MEMBERS
D. Mantel, FC.; J. Card, Psy.D

RECORDER
A. Williams, CCII (Sup)

| Committee Date: 10/4/2007 | PROGRAM REVIEW | Committee: ICC |
|---|---|---|

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

| NAME: SANTOS | CDCR #: J25409 | BED: D-2-126U |
|---|---|---|

*COMMITTEE ACTION SUMMARY*

RETAIN ASU PENDING ALT. LEVEL-IV (SNY) TX. RE-REFER TO CSR RX TX PVSP/SATF-IV (SNY) BASED ON ENEMY CONCERNS. CONTINUE DOUBLE CELLING/WALKALONE YARD. PSYCH CLEAR. AFFIX VIO.

*COMMITTEE'S COMMENTS*

Inmate SANTOS appeared before Salinas Valley State Prison's (SVSP's) Administrative Segregation Unit (ASU) Institutional Classification Committee (ICC) today for his Program Review. SANTOS stated that his health was good and was willing to proceed. SANTOS received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, SANTOS was introduced to the committee members. According to SANTOS'S CDC 114D, he was placed into SVSP's ASU on 8/31/2007 for: Pending investigation into assault staff. ICC notes that the inmate was placed in ASU for pending investigation into assault staff. The investigation has been completed (see CM dated 9-5-07). Based on the information that was provided from the confidential memorandum, it appears the Santos was attempting to manipulate staff in gaining a cell move. ICC notes that a enemy concerns now exits that Santos cannot be returned to SVSP-Fac. A Level-IV (SNY) facility. ICC informed the inmate that this type of behavior will no longer be tolerated and if he does continue with a slight inclination his case will be referred to DRB for removal of SNY and recommendation for SHU-Indeterminate. This is a non-adverse transfer. His custody will be CLOB A2B effective upon the receiving institution. ICC conducted a VIO review.

Circumstances of the offense: Carjacking- The victim left the car running went inside 7-11, the subject entered the driver side. The victim noticed what was happening ran toward his vehicle. The subject locked the door, the victim grabbed onto the passenger window. The subject moving the backward and forward to get the victim off the vehicle. The subject and three (3) other subject's ran to the aid of the main subject to remove the victim off the vehicle by assaulting him in which the victim let go of the window wipers.

Robbery 2nd- The subject approached the victim with a gun in his hand demanded money that was inside a bag. The victim froze and the subject snatched the bag out the victim's hand. Then demanded the victim to hand over her purse. The victim froze again and the subject snatched the purse out of the victim's hand and fled.

Extent of any injury: Carjacking- The victim hurt his knee and was on medication.

Robbery 2nd- No injuries to the victim.

Rational for Committing the offense: Carjacking-Just crossed the border and did not want to take the trolley because of all of the Border Patrol Agents and was too early to take the bus.

Robbery 2nd-None noted.

Criminal intent versus neglect: Carjacking- Subject saw the car was running and decided to steal it from the victim because he wanted to get to downtown San Diego and too many Border Patrol Agents were on duty and too early to take bus.

Robbery 2nd-The subject used a weapon.

History of Committing Similar acts: Carjacking-None **INMATE COPY**

Robbery (2-22-94) &(4-7-94).

Safety of Public , Staff, & Inmates: Based on all case factors and circumstances of the offense. ICC elects to affix VIO due to the victim was injured on the carjacking and the subject brandished a weapon to robbed the victim of cash and her purse even though the subject did not fire a single round, but the intent was there.

Based upon a review of SANTOS'S CDC 114D, Central File, case factors, and through discussion with him, committee elects to: Retain ASU pending alt. Level-IV (SNY) tx. Re-Refer to CSR rx tx PVSP/SATF-IV (SNY) based on enemy concerns, continue double celling/walkalone yard. Psych. Clear.

At the conclusion of this review, SANTOS was informed of his Appeal Rights with regards to this committee's actions. SANTOS acknowledged his understanding and agreement with committee's actions.

STAFF ASSISTANT

Not Assigned: (Issues not complex and non-participant in MHSDS)

*INMATE CASE FACTORS*

| CUSTODY | PS/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | AGE | ETHNIC | TERMER | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| MAX | 116/IV | D1D - 8/31/2007 | EPRD 8/28/2011 | 9.5 | 10/1/2008 | 40 | MEX | 3rd | N/A |
| RECEIVED SVSP | | RECEIVED FROM & TYPE OF TX | RECEIVED CDCR | COUNTY OF COMMITMENT | | | SENTENCE | | RESTITUTION |
| 4/25/2000 | | COR - Non-Adverse | 8/25/1997 | Los Angeles | | | 15 years | | $0.00 |
| | | | COMMITMENT OFFENSE | | | | | | |
| | | | Robbery 2nd w/Use of Firearm | | | | | | |

| PRIOR ARREST HISTORY | DISCIPLINARY HISTORY |
|---|---|
| Burglary, Petty Theft, False ID, Stolen Property, Possession/Purchase for Sale Narcotic Controlled Substance, Robbery, Possession/Manufacture/Sell Dangerous Weapon, Carjacking and Robbery 2nd | Possession of Inmate Manufactured Alcohol, Aggravated Battery on a Peace Officer and Fighting, Battery on an Inmate, Battery on an inmate causing SBI, Mutual Combat |

| SEX OFFENSES | ARSON OFFENSES | | ESCAPES |
|---|---|---|---|
| Clear | Clear | | Clear |
| ENEMIES | GANG/TIP | | CONFIDENTIAL |
| Noted on CDC 812 | None | | Clear |

| MEDICAL | | | | SUBSTANCE ABUSE |
|---|---|---|---|---|
| Full Duty | TB - DATE 128C | DENTAL | DPP | Cocaine |
| | 32 - 3/26/2007 | 2 | N/A | |
| PSYCH | | | MDO | DDP |
| Clear | | | Meets MDO Criteria | NCF |

| HOUSING | CELL STATUS | CAMP, MSF, CCF, SAP, CCRC, REST. CENTER, & MCCF ELIGIBILITY / VIO Review |
|---|---|---|
| 270 Design | Double Cell | Camp Eligible: No VIO - HOL    SAP Eligible: No VIO - HOL |
| INTEGRATION | | MSF Eligible: No VIO - HOL    CCRC Eligible: No VIO - HOL |
| | | CCF Eligible: No VIO - HOL    Rest. Center Eligible: No VIO - HOL |

MCCF Eligible: No VIO - HOL

VIO Review Date:

| FPTTP | HWD | JOB ASSIGNMENT |
|---|---|---|
| Inmate declines to participate in the FPTTP due to familily in the U.S. | Active USINS Hold USINS A28704071 | Unassigned |

*COMMITTEE MEMBERS*

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

# CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _____ J25409 _____    INMATE NAME: _____ SANTOS _____

1)  Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a)  CDC-115, Disciplinary Report dated _____ submitted by

    _____
                                    STAFF NAME, TITLE

b)  CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____ 08-31-07 _____

2)  Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.
This information is considered reliable because:

a)  ☒  This source has previously provided confidential information which has proven to be true.

b)  ☐  This source participated in and successfully completed a Polygraph examination.

c)  ☒  More than one source independently provided the same information.

d)  ☐  This source incriminated himself/herself in a criminal activity at the time of providing the information.

e)  ☐  Part of the information provided by the source(s) has already proven to be true.

f)  ☐  Other (EXPLAIN) _____

    _____

3)  Disclosure of information received.

The information received indicated the following:  _Source has provided information with regard to your alleged_
_plan to assault staff at Salinas Valley State Prison/Facility A-SNY._

_____

_____

_____

(If additional space needed, attach another sheet.)

4)  Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material
    folder).  _See confidential memorandum, authored by Lieutenant (A) R. Metcalfe, dated 08-31-07._  _This_
    _confidential information was obtained during an interview, and the information is located in SANTOS' C-File._

R. Metcalfe  LT CN                                    8/31/07
STAFF SIGNATURE, TITLE                                DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; YELLOW - Inmate; PINK — Institution Use

**INMATE / PAROLEE APPEAL SCREENING FORM**

CDCR-695

INMATE: _____Santos_____  CDC #: _J25409_  CDC HOUSING: _D2-r26_

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR

RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.

PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

[ ] Requested Action Already Taken

[ ] Duplicate Appeal; Same Issue

[ ] Appealing Action Not Yet Taken

[X] Incomplete Appeal – Documents Not Attached

[ ] Time Constraints Not Met

[ ] Cannot Submit On Behalf Of another Inmate

[ ] Appeal Process Abuse – Inappropriate Statements

[ ] No Significant Adverse Effect Demonstrated

[ ] Action / Decision Not Taken By CDCR

[ ] Action Sought Is Under Sentencing Court Jurisdiction

[ ] Submit Issue to Assigned Parole Office

[ ] Appeal Matter to VCGCB

[ ] DRB Decisions Are Not Appealable

[ ] Request for Interview; Not an Appeal

[ ] More than one issue –one issue per appeal

[ ] NO ATTEMPT AT INFORMAL RESOLVE

[ ] Requested Appeal Withdrawn

[ ] Appeal Previously Received and Processed

[ ] Incomplete 602 – Complete Next Appropriate Section

[ ] Incomplete 602 – Sign and Date Appropriate Section

[ ] Limit of One Continuation Page May Be Attached

[ ] Incomplete Disciplinary Appeal – Missing Documents*

[ ] Incomplete Property Appeal – Missing Documents*

[ ] Failed to Provide Necessary Copies of Chrono(s)*

[ ] Appeal Process Abuse – Pointless Verbiage

[ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Attempting to Change Original Appeal Issue

[ ] Not Authorized to Bypass Any Level

[ ] Appeal Issue & Reasonable Accommodation Not 1824

[ ] Do Not Combine Staff Complaints with Other Issues

[ ] Emergency Not Warranted-CCR 3084.7

[ ] **Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health**

**Care Services Form, and send it to the Medical Department for an appointment.** *If necessary, sign up for sick call.*

## PLEASE ATTACH AS NOTED BELOW:

[ ]   CDC 115/Hearing Officer's Results

[ ]   CDC 115 with IE/DA information

[ ]   Supplemental Reports to CDC 115

[ ]   CDC 1030 Confidential Disclosure

[ ]   CDC 114D Lockup Order

[ ]   CDC 128G ICC/UCC

[ ]   CDC 128G CSR Endorsement Chrono

[ ]   CDC 839/840 Class/Reclass Score Sheet

[ ]   CDC 7219 Medical Report

[ ]   **Other: SEE COMMENTS BELOW**

[ ]   CDC 128C Medical Chrono

[ ]   CDC 1819 Denied Publications

[ ]   CDC 128 A

[ ]   CDC 128 B

[ ]   CDC 143 Property Transfer Receipt

[ ]   Cell Search Slip

[ ]   Receipts

[ ]   Qtr. Pkg. Inventory Slip

[ ]   Trust Account Statement

[ ]   Property Inventory Receipt

Comments:  You may write on back of this form to clarify or respond to the above.

_____

_____

_____

T. Vara, Correctional Counselor-II
Appeals Coordinator
Salinas Valley State Prison

Date: _____10-23-07_____

This screening action may not be appealed.  If you allege the above reason is inaccurate, then attach an explanation on
a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.*
Please return this form to the Appeals Coordinator with the necessary information attached.

PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

FROM: AY.236    TO: D 2-126

DISTRIBUTION:
WHITE - CENTRAL FILE         CANARY - WARDEN
BLUE · INMATE (2ND COPY)     PINK - HEALTH CARE MGR
GREEN · ASU                  GOLDENROD · INMATE (1ST COPY)

| INMATE'S NAME | | CDC NUMBER | |
| SANTOS | | J25409 | |

## REASON(S) FOR PLACEMENT *(PART A)*

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[ ] ENDANGERS INSTITUTION SECURITY    [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT: Inmate SANTOS, J25409, on 08-31-07, you are being placed in Administrative Segregation pending an investigation. On 08-31-07, Facility A-SNY staff at Salinas Valley State Prison received confidential information that you are planning to physically assault staff at Facility A. (See CDC-1030 dated 08-31-07). In view of this information, your continued presence on Facility A is deemed an immediate threat to the safety and security of the institution. You will remain in Ad-Seg. pending completion of the investigation (to be conducted by Sergeant S. Deathriage, and completed by 09-06-07), possible adjudication of the disciplinary process and ICC review for future programming and housing needs. This placement is ordered by Lieutenant (A) R. Metcalfe, and it may affect your custody level, credit earning, privilege group and visiting status. You are a participant in the Mental Health Services Delivery System at the CCCMS level of care.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:    / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
| 08-31-07 | R. Metcalfe | R. Metcalfe | Lieutenant (A) |
| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
| 8-31-07 | 1710 | F. Moon | | M |
| [ ] INMATE REFUSED TO SIGN | INMATE SIGNATURE | | CDC NUMBER |
| | | | J-25409 |

## ADMINISTRATIVE REVIEW *(PART B)*

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
| A. Portleta | CC1 | | |

### IS THIS INMATE:

LITERATE?    [✓] YES  [ ] NO
FLUENT IN ENGLISH?    [✓] YES  [ ] NO
ABLE TO COMPREHEND ISSUES?    [✓] YES  [ ] NO
FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS?  [ ] YES
DECLINING FIRST STAFF ASSISTANT ASSIGNED?    [✓] YES

Any "NO" requires SA assignment

[ ] NOT ASSIGNED

EVIDENCE COLLECTION BY IE UNNECESSARY    [✓] YES  [ ] NO
DECLINED ANY INVESTIGATIVE EMPLOYEE    [✓] YES  [ ] NO
ASU PLACEMENT IS FOR DISCIPLINARY REASONS    [✓] YES  [ ] NO
[✓] NO DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED    [✓] YES

Any "NO" may require IE assignment

[✓] NOT ASSIGNED

## INMATE WAIVERS

[✓] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [✓] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

[✓] NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE  RTS    DATE

## WITNESSES REQUESTED FOR HEARING

| WITNESS NAME | TITLE/CDC NUMBER | WITNESS NAME | TITLE/CDC NUMBER |
| | None | | |
| WITNESS NAME | TITLE/CDC NUMBER | WITNESS NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:**  [ ] RELEASE TO UNIT/FACILITY____  [✓] RETAIN PENDING ICC REVIEW  [✓] DOUBLE CELL  [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION: Presents continued threat to the safety of all others,

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
| | Capt | 9/7 | 945 | |
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

See Chronological Classification Review document (CDC 128-G) for specific hearing information

State of California                                            California Department of Corrections and Rehabilitation

# A P P E A L  -  F I R S T  L E V E L  R E V I E W
## S A L I N A S   V A L L E Y   S T A T E   P R I S O N

**DATE:**    January 13, 2008

**NAME:**    Santos    **CDC #** J-25409

```
┌─────────────────────────────────────┐
│   SVSP INMATE APPEALS OFFICE         │
│ RECEIVED COMPLETED RESPONSE ON       │
│                                      │
│         JAN 2 2 2008                 │
│                                      │
│  1ST LVL ☑      2ND LVL ☐            │
└─────────────────────────────────────┘
```

**APPEAL #:**    FIRST LEVEL APPEAL LOG #SVSP-D- 07-05228

**APPEAL DECISION:** Partially Granted

**SUMMARY OF APPEAL:**  Appellant states that he is being held in Administrative Segregation for no reason and he has no 115 for any wrong doing.

The appellant is requesting on appeal that he be released from Administrative Segregation and sent back to Facility 'A' also an investigation into his being placed in Administrative Segregation.

**SUMMARY OF INVESTIGATION:** The appellant was interviewed on 01-13-08 by Correctional Sergeant D. Galloway during the interview the appellant stated that he just wanted to get released from Administrative Segregation because he has did nothing.

**APPEAL RESPONSE:** A review of the appellants 114 shows that the appellant is to be released to Facility 'D' TPU yard due to a enemy on Facility 'A'.  The appellant will be released upon bed availability from Administrative Segregation  to Facility 'D' TPU.

If you are dissatisfied with this decision, you may appeal to the Second Level by following the instructions on your appeal form.

*D. Galloway*
D. Galloway
Facility 'A' 2w
Salinas Valley State Prison

D. M. Mantel
Facility 'A' Captain
Salinas Valley State Prison

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:  February 8, 2008

To:      Inmate SANTOS, J-25409
          Salinas Valley State Prison

Subject: SECOND LEVEL APPEAL RESPONSE LOG NUMBER-SVSP-D-07-05228

### ISSUE:

The appellant states that he was placed in the Administrative Segregation Unit (ASU) on August 31, 2007 for an alleged threat to assault staff. He states the accusations are false and without merit.

The appellant is requesting that an investigation into the allegations be made, the charges against him be dismissed, and that he receive monetary compensation.

### REGULATIONS:

CCR 3375 Classification Process

### SUMMARY OF INVESTIGATION:

The First Level of Review (FLR) was completed on January 13, 2008 where the appellant was interviewed by Correctional Sergeant D. Galloway. Correctional Counselor II A. Williams was assigned to investigate this appeal at the Second Level of Review. All submitted documentation and supporting arguments have been considered. Additionally, a thorough examination has been conducted regarding the claim presented, and evaluated in accordance with Salinas Valley State Prison (SVSP) Operational Procedures (OP); the California Code of Regulations (CCR); and the Departmental Operations Manual (DOM).

The appellant was placed in Administrative Segregation Unit (ASU) on August 31, 2007 pending completion of an investigation into the allegations of the appellant planning to physically assault staff on Facility A. The investigation was completed and there was insufficient information to issue a rules violation report to the appellant. The appellant appeared at his program review before Institution Classification Committee (ICC) dated October 4, 2007 in which the appellant was informed that he will not receive a RVR. However, upon reviewing the appellant's central file it was noted that the appellant has a documented enemy on Facility A and could not be released to that facility. The appellant's case was referred to Classification Staff Representative (CSR) requesting an alternate Level-IV (SNY) transfer. CSR endorsed the appellant on a Non-Adverse transfer to Pleasant Valley State Prison (PVSP) Level-IV (SNY). The appellant's request for an investigation is granted.

**Inmate SANTOS, J-25409**
**Case No. SVSP-D-07-05228**
**Page 2**

The appellant's request for monetary damages is denied as this is beyond the scope of the inmate appeals process.  It is the Department's responsibility to protect the integrity of the investigation along with the safety and security of the staff, inmates and the institution.

The appellant's request for the charges to be dismissed is a moot issue as there were no charges as a result of the completed investigation.

**DECISION**:  The appeal is PARTIALLY GRANTED.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

G.A. NEOTTI
Chief Deputy Warden
Salinas Valley State Prison

| NAME: SANTOS | CDCR #: J25409 | BED: D-2-126L |
|---|---|---|

### COMMITTEE ACTION SUMMARY

RETAIN ASU PENDING ALT. LEVEL-IV (SNY) TX. REFER TO CSR RX TX PVSP/SATF-IV (SNY) BASED ON ENEMY CONCERNS. CONTINUE DOUBLE CELLING/WALKALONE YARD. PSYCH CLEAR

### COMMITTEE'S COMMENTS

Inmate SANTOS appeared before Salinas Valley State Prison's (SVSP's) Administrative Segregation Unit (ASU) Institutional Classification Committee (ICC) today for his Program Review. SANTOS stated that his health was good and was willing to proceed. SANTOS received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, SANTOS was introduced to the committee members. According to SANTOS'S CDC 114D, he was placed into SVSP's ASU on 8/31/2007 for Pending investigation into assault staff. ICC notes that the inmate was placed in ASU for pending investigation into assault staff. This investigation has been completed (see CM dated 9-5-07). Based on the information that was provided from the confidential memorandum, it appears the Santos was attempting to manipulate staff in gaining a cell move. ICC notes that a enemy concerns now exits that Santos cannot be returned to SVSP-Fac. A Level-IV (SNY) facility. ICC informed the inmate that this type of behavior will no longer be tolerated and if he does continue with a slight inclination his case will be referred to DRB for removal of SNY and recommendation for SHU-Indeterminate. This is a non-adverse transfer. His custody will be CLOB A2B effective upon the receiving institution. ICC notes that the VIO review could not be reviewed based on no information from the POR or police report. SVSP did order the police report and the receiving institution shall review the inmate's case for VIO once it arrives.

Based upon a review of SANTOS'S CDC 114D, Central File, case factors, and through discussion with him, committee elects to Retain ASU pending alt. Level-IV (SNY) tx. Refer tx CSR rx tx PVSP/SATF-IV (SNY) based on enemy concerns, continue doubl celling/walkalone yard. Psych. Clear.

At the conclusion of this review, SANTOS was informed of his Appeal Rights with regards to this committee's actions. SANTOS acknowledged his understanding and agreement with committee's actions.

### STAFF ASSISTANT

Assigned: (Issues not complex and non-participant in MHSDS) SA/Interpreter Present: S. Torrez, Psy.D

### INMATE CASE FACTORS

| CUSTODY | PSI.EVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | AGE | ETHNIC | TERMER | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| MAX | 116/IV | D1D - 8/31/2007 | EPRD 8/28/2011 | 9.5 | 9/26/2008 | 40 | MEX | 3rd | N/A |
| RECEIVED SVSP | | RECEIVED FROM & TYPE OF TX | RECEIVED CDCR | COUNTY OF COMMITMENT | | | SENTENCE | | RESTITUTION |
| 4/25/2000 | | COR - Non-Adverse | 8/25/1997 | Los Angeles | | | 15 years | | $0.00 |

**COMMITMENT OFFENSE**
Robbery 2nd w/Use of Firearm

| PRIOR ARREST HISTORY | | | DISCIPLINARY HISTORY | |
|---|---|---|---|---|
| Burglary, Petty Theft, False ID, Stolen Property, Possession/Purchase for Sale Narcotic Controlled Substance, Robbery, Possession/Manufacture/Sell Dangerous Weapon, Carjacking and Robbery 2nd | | | Possession of Inmate Manufactured Alcohol, Aggravated Battery on a Peace Officer and Fighting, Battery on an Inmate, Battery on an Inmate causing SBI, Mutual Combat | |

| SEX OFFENSES | | | ARSON OFFENSES | | ESCAPES | |
|---|---|---|---|---|---|---|
| Clear | | | Clear | | Clear | |
| ENEMIES | | | GANG/TIP | | CONFIDENTIAL | |
| Noted on CDC 812 | | | None | | Clear | |
| MEDICAL | | TB - DATE 128C | DENTAL | DPP | SUBSTANCE ABUSE | |
| Full Duty | | 32 - 3/26/2007 | 2 | N/A | Cocaine | |
| PSYCH | | | MDO | | DOP | |
| Clear | | | Meets MDO Criteria | | NCF | |

| HOUSING | CELL STATUS | CAMP, MSF, CCF, SAP, CCRC, REST. CENTER, & MCCF ELIGIBILITY / VIO Review | | | |
|---|---|---|---|---|---|
| 270 Design | Double Cell | Camp Eligible: No VIO - HOL | SAP Eligible: No VIO - HOL | | MCCF Eligible: No VIO - HOL |
| INTEGRATION | | MSF Eligible: No VIO - HOL | CCRC Eligible: No VIO - HOL | | |
| | | CCF Eligible: No VIO - HOL | Rest. Center Eligible: No VIO - HOL | | VIO Review Date: |
| FPTTP | | | HWD | | JOB ASSIGNMENT |
| Inmate declines to participate in the FPTTP due to familily in the U.S. | | Active USINS Hold USINS A28704071 | | | Unassigned |

### COMMITTEE MEMBERS

**MEMBERS**
D. Mantel, FC.; J. Card, Psy.D

*CHAIRPERSON*
R. Grounds, CDW (A)

*RECORDER*
A. Williams, CCII (Sup)

| Committee Date: 10/4/2007 | PROGRAM REVIEW | Committee: IC |
|---|---|---|

Typed By: ALW - Distribution: C-File & Inmate

SALINAS VALLEY STATE PRISON

Classification Chrono CDCR 128G (Rev. 4/9

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

NAME: **SANTOS**                          CDC #: **J25409**                          BED: **D2-126U**

### COMMITTEE ACTION SUMMARY

RETAIN ASU PENDING COMPLETION OF INVESTIGATION, CONFIRM DOUBLE CELLING/PLACE ON WALKALONE YARD. PSYCH. CLEAR.

### COMMITTEE'S COMMENTS

Inmate SANTOS appeared before Salinas Valley State Prison's (SVSP's) Administrative Segregation Unit (ASU) Institutional Classification Committee (ICC) today for his Initial ASU Review. SANTOS stated that his health was good and was willing to proceed. SANTOS received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, SANTOS was introduced to the committee members. According to SANTOS CDC 114D, he was placed into SVSP's ASU on 8/31/2007 for: Pending investigation into assault staff. ICC notes that the investigation will be completed within two weeks. ICC elects to retain the inmate in ASU pending completion of investigation.

Based upon a review of SANTOS CDC 114D, Central File, case factors, and through discussion with him, committee elects to: Retain ASU pending completion of investigation, confirm double celling/Place on walkalone yard. Psych. Clear.

At the conclusion of this review, SANTOS was informed of visiting, property, use of force, and his Appeal Rights with regards to this committee's actions. SANTOS acknowledged his understanding and agreement with committee's actions.

STAFF ASSISTANT

Not Assigned: (Issues not complex and non-participant in MHSDS) SA/Interpreter-Present: S. Torrez, Psy.D

### INMATE CASE FACTORS

| CUSTODY | PS/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | ETHNIC | PSYCH - DATE 128C | NEXT BPT & DATE |
|---------|----------|-------------------|--------------|-----|---------|--------|-------------------|-----------------|
| MAX | 120/IV | D1D - 8/31/2007 | EPRD 8/28/2011 | 9.5 | 11/15/2007 | MEX | Clear 8/27/1997 | N/A |

### COMMITTEE MEMBERS

MEMBERS
D. Mantel, FC., S. Torrez, Psy.D

*CHAIRPERSON*
R. Grounds, CDW (A)

*RECORDER*
A. Williams, CCII (Sup)

Committee Date: 9/6/2007              **INITIAL ASU REVIEW**              Committee: A090607ALW1

Typed By: ALW - Distribution: C-File & Inmate    SALINAS VALLEY STATE PRISON    Classification Chrono CDCR 128G (Rev: 10/06)

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

| NAME: SANTOS. | CDCR #: J25409 | BED: D-2-126U |
|---|---|---|

**COMMITTEE ACTION SUMMARY**

RETAIN ASU PENDING ALT. LEVEL-IV (SNY) TX. RE-REFER TO CSR RX TX PVSP/SATF-IV (SNY) BASED ON ENEMY CONCERNS. CONTINUE DOUBLE CELLING/WALK-ALONE YARD. PSYCH. CLEAR. AFFIX VIO.

**COMMITTEE'S COMMENTS**

Inmate SANTOS appeared before Salinas Valley State Prison's (SVSP's) Administrative Segregation Unit (ASU) Institutional Classification Committee (ICC) today for his Program Review. SANTOS stated that his health was good and was willing to proceed. SANTOS received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, SANTOS was introduced to the committee members. According to SANTOS'S CDC 114D, he was placed into SVSP's ASU on 8/31/2007 for: Pending investigation into assault staff. ICC notes that the inmate was placed in ASU for pending investigation into assault staff. The investigation has been completed (see CM dated 9-5-07). Based on the information that was provided from the confidential memorandum, it appears the Santos was attempting to manipulate staff in gaining a cell move. ICC notes that a enemy concerns now exits that Santos cannot be returned to SVSP-Fac. A Level-IV (SNY) facility. ICC informed the inmate that this type of behavior will no longer be tolerated and if he does continue with a slight inclination his case will be referred to DRB for removal of SNY and recommendation for SHU-Indeterminate. This is a non-adverse transfer. His custody will be CLOB A2B effective upon the receiving institution. ICC conducted a VIO review.

Circumstances of the offense: Carjacking- The victim left the car running went inside 7-11, the subject entered the driver side. The victim noticed what was happening ran toward his vehicle. The subject locked the door, the victim grabbed onto the passenger window. The subject moving the backward and forward to get the victim off the vehicle. The subject and three (3) other subject's ran to the aid of the main subject to remove the victim off the vehicle by assaulting him in which the victim let go of the window wipers.

Robbery 2nd- The subject approached the victim with a gun in his hand demanded money that was inside a bag. The victim froze and the subject snatched the bag out the victim's hand. Then demanded the victim to hand over her purse. The victim froze again and the subject snatched the purse out of the victim's hand and fled.

Extent of any injury: Carjacking- The victim hurt his knee and was on medication.

Robbery 2nd- No injuries to the victim.

Rational for Committing the offense: Carjacking-Just crossed the border and did not want to take the trolley because of all of the Border Patrol Agents and was too early to take the bus.

Robbery 2nd-None noted.

Criminal intent versus neglect: Carjacking- Subject saw the car was running and decided to steal it from the victim because he wanted to get to downtown San Diego and too many Border Patrol Agents were on duty and too early to take bus.

Robbery 2nd-The subject used a weapon.

History of Committing Similar acts: Carjacking-None

Robbery (2-22-94) &(4-7-94).



Safety of Public , Staff, & Inmates: Based on all case factors and circumstances of the offense. ICC elects to affix VIO due to the victim was injured on the carjacking and the subject brandished a weapon to robbed the victim of cash and her purse even though the subject did not fire a single round, but the intent was there.

Based upon a review of SANTOS'S CDC 114D, Central File, case factors, and through discussion with him, committee elects to: Retain ASU pending alt. Level-IV (SNY) tx. Re-Refer to CSR rx tx PVSP/SATF-IV (SNY) based on enemy concerns, continue double celling/walkalone yard. Psych. Clean.

At the conclusion of this review, SANTOS was informed of his Appeal Rights with regards to this committee's actions. SANTOS acknowledged his understanding and agreement with committee's actions.

STAFF ASSISTANT

Not Assigned: (Issues not complex and non-participant in MHSDS)

**INMATE CASE FACTORS**

| CUSTODY | PSI/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | AGE | ETHNIC | TERMER | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| MAX | 116/IV | D1D - 8/31/2007 | EPRLD 8/28/2011 | 9.5 | 10/1/2008 | 40 | MEX | 3rd | N/A |
| RECEIVED SVSP | | RECEIVED FROM & TYPE OF TX | RECEIVED COCR | COUNTY OF COMMITMENT | | | SENTENCE | | RESTITUTION |
| 4/25/2000 | | COR - Non-Adverse | 8/25/1997 | Los Angeles | | | 15 years | | $0.00 |

COMMITMENT OFFENSE
Robbery 2nd w/Use of Firearm

| PRIOR ARREST HISTORY | DISCIPLINARY HISTORY |
|---|---|
| Burglary, Petty Theft, False ID, Stolen Property, Possession/Purchase for Sale Narcotic Controlled Substance, Robbery, Possession/Manufacture/Sell Dangerous Weapon, Carjacking and Robbery 2nd | Possession of Inmate Manufactured Alcohol, Aggravated Battery on a Peace Officer and Fighting, Battery on an Inmate, Battery on an Inmate causing SBI, Mutual Combat |

| SEX OFFENSES | | ARSON OFFENSES | | | ESCAPES | |
|---|---|---|---|---|---|---|
| Clear | | Clear | | | Clear | |
| ENEMIES | | GANG/TIP | | | CONFIDENTIAL | |
| Noted on CDC 812 | | None | | | Clear | |
| MEDICAL | | TB - DATE 128C | DENTAL | OPP | SUBSTANCE ABUSE | |
| Full Duty | | 32 - 3/26/2007 | 2 | N/A | Cocaine | |
| PSYCH | | | MDO | | DDP | |
| Clear | | | Meets MDO Criteria | | NCF | |
| HOUSING | CELL STATUS | CAMP, MSF, CCF, SAP, CCRC, REST. CENTER, & MCCF ELIGIBILITY / VIO Review | | | | |
| 270 Design | Double Cell | Camp Eligible: No VIO - HOL | SAP Eligible: No VIO - HOL | | MCCF Eligible: No VIO - HOL | |
| INTEGRATION | | MSF Eligible: No VIO - HOL | CCRC Eligible: No VIO - HOL | | | |
| | | CCF Eligible: No VIO - HOL | Rest. Center Eligible: No VIO - HOL | | VIO Review Date. | |
| FPTTP | | | HWD | | JOB ASSIGNMENT | |
| Inmate declines to participate in the FPTTP due to famility in the U.S | | Active USINS Hold USINS A28704071 | | | Unassigned | |

**COMMITTEE MEMBERS**

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _____J25409_____          INMATE NAME: ___SANTOS___

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____ submitted by

   _____
                                    STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated ___08-31-07___

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☒ This source has previously provided confidential information which has proven to be true.

   b) ☐ This source participated in and successfully completed a Polygraph examination.

   c) ☒ More than one source independently provided the same information.

   d) ☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☐ Part of the information provided by the source(s) has already proven to be true.

   f) ☐ Other (EXPLAIN) _____

   _____

3) Disclosure of information received.

   The information received indicated the following: __Source has provided information with regard to your alleged__
   __plan to assault staff at Salinas Valley State Prison/Facility A-SW.__

   _____

   _____

   _____

   _____

                        (If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material
   folder). __See confidential memorandum, authored by Lieutenant (A) R. Metcalfe, dated 08-31-07.__  This
   __confidential information was obtained during an interview, and the information is located in SANTOS' C-File.__

   _R. Metcalfe    LT (A)_____                        _8/31/07_
              STAFF SIGNATURE, TITLE                        DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; YELLOW - Inmate; PINK — Institution Use

# INMATE APPEAL ROUTE SLIP

## To: CA1

RECEIVED

JAN 3 0 2008

Date: January 28, 2008

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-D-07-05228**  By Inmate <u>SANTOS</u>, J25409

Please assign this appeal to appropriate staff for **SECOND** level response.

Appeal Issue:  SEGREGATION HEARINGS

Due Date: **02/26/2008**

Special Needs:

$2 \cdot 15 \cdot 08$

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

Williams
~~Hatton~~
Due: 2/8/08

RECEIVED

JAN 2 9 2008

ASSOC. WARDEN
COMPLEX 1

INMATE/PAROLEE
APPEAL FORM
CDC 602(12/87)

*For your records.*

Category

You may appeal any policy, action or decisi
committee actions, and classification and st
member, who will sign your form and stat
documents and not more than one addition:
for using the appeals procedure responsibl

he exception of Serious CDC 115s. classifica
elief through discussion with the appropriate
u may send your appeal with all the suppor
ays of the action taken. No reprisals will be t:

NAME
SANTOS   JUAN·

UNIT/ROOM NUMB
D2-126

A. Describe Problem:  ON  8/31/
IN  AD-SEG  AS A  RESUL
PERSON. THE FIRST WEEL ..    . . . . . . .   . . . . . . .

FACILITY AND REHOUSED
ASSAULT STAFF BY MY
D A C.D.C. 1030 FORM

STATING THAT A CONFIDENTIAL SOURCE(S) RELINQUISHED INFO. THAT ALLEGALY INCRI

MINATES ME AS HAVING THE INTENTION TO ASSAULT STAFF. THIS FORM (ENCLOSED)

STATES THAT "SOURCE HAS PROVIDED INFO. WITH REGARD TO YOUR ALLEGED PLAN TO

ASSAULT STAFF AT S.V.S.P. FACILITY (A) S.N.Y." HOWEVER, THE C.D.C. 1030 SECTION 3

DOES NOT SPECIFY THE DETAILS OF SUCH INFORMATION. I·E·, WHO'S THE ALLEGED

If you need more space, attach one additional sheet.

BACK ->

B. Action Requested:  RESPECTFULLY REQUEST FOR THE INVESTIGATION OF THE STATEMENTS
OF THE CONFIDENTIAL SOURCES. AS WELL AS THE RELIABILITY, AND MENTAL PSYCHO-
LOGICAL COMPETENCE OF SAID SOURCES, TO BE FULLY EVALUATED AND INVESTIGATED
PROPERLY ACCORDING TO TITLE 15 C.C.R. 3321(B)(1)(2) AND 3321(3)(B). ALSO TO HAVE A
POLYGRAPH TEST ADMINISTERED. PER TITLE 15 C.C.R. 3293(A)(1) AND AS A RESULT HAVE
THE CHARGES DISMISSED TO BE RELEASED BACK TO FACILITY (A).

Inmate/Parolee Signature: _____     Date Submitted: 9/30/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) ar
submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____     Date Submitted: _____
Note: Property/Funds Appeals must be accompanied by a completed     CDC Appeal Number:
Board of Control form BC  5   mate Claim

**4. DATE OF LAST SCORE SHEET**

MO — DAY — YR  | 18

**5. FORM IDENTIFICATION (ENTER X in a, b or c)**

a) NEW | 24   b) CORRECTION | 25   DATE CORRECTED  MO — DAY — YR | 26   c) DELETE | 32

---

### B. ANNUAL/ 6 MONTH REVIEW PERIOD DATES

1. REVIEW PERIOD BEGINNING DATE  MO DAY YR | 33   3 (Enter X) Annual | 39

2. REVIEW PERIOD ENDING DATE  MO DAY YR | 40   4. Number of Full Review Periods

### C. FAVORABLE BEHAVIOR SINCE LAST REVIEW

1. Continuous Minimum Custody _____ x 4 = | 46

2. No Serious Disciplinary _____ x 2 = | 48

3. Average or Above Performance in Work, School or Vocational Program _____ x 2 = | 50

4. TOTAL FAVORABLE POINTS =

### D. UNFAVORABLE BEHAVIOR SINCE LAST REVIEW

SERIOUS DISCIPLINARIES          Number of

1. Div. A-1/A-2  Dates: _____ x 8 = | 52

Div. B, C & D  Dates: _____ x 6 = | 54

Div. E & F  Dates: _____ x 4 = | 56

2. Battery or Attempted Battery on a Non-Prisoner  Dates: _____ x 8 = | 58

3. Battery or Attempted Battery on an Inmate  Dates: _____ x 4 = | 60

4. Distribution of Drugs  Dates: _____ x 4 = | 62

5. Possession of a Deadly Weapon  Dates: _____ x 16 = | 64

6. Inciting a Disturbance  Dates: _____ x 4 = | 66

7. Battery Causing Serious Injury  Dates: _____ x 16 = | 68

8. TOTAL UNFAVORABLE POINTS = + _____

### E. CORRECTION TO CDC 840 SCORE SHEET (Prior to Rev. 07/02)

1. Use this section to correct a CDC 840 score sheet with a form revision date prior to 07/02.  **TOTAL CORRECTION =** (+ OR -) | 70

### F. COMPUTATION OF SCORE

1. PRIOR PRELIMINARY SCORE (Preliminary Score from 839/New Preliminary Score from 840 or 841) = | 73

2. Net Change in Score (D. 8 minus C. 4) = (+ or -) | 76

3. PRELIMINARY SCORE SUBTOTAL (Not less than 0) = 

4. Change in Term Points (T/P) (x 2) = (+ or -) | 79
   - Old T/P _____ + New T/P _____

5. NEW PRELIMINARY SCORE (Not less than 0) = | 82

### G. PLACEMENT

MANDATORY MINIMUM SCORE FACTOR CODES AND SCORES

| CODE | | SCORE | CODE | | SCORE |
|---|---|---|---|---|---|
| [A] | Condemned | 52 | [E] | Warrants "R" Suffix | 19 |
| [B] | Life Without Possibility of Parole | 52 | [F] | Violence Exclusion | 19 |
| [C] | CCR 3375.2(a)(7) Life Inmate | 28 | [G] | Public Interest Case | 19 |
| [D] | History of Escape | 19 | [H] | Other Life Sentence | 19 |

1. SCORE FACTOR CODE (Assess Only Highest Factor) | 85

2. MANDATORY MINIMUM SCORE | 86

3. PLACEMENT SCORE  ENTER NEW PRELIMINARY SCORE OR MANDATORY MINIMUM SCORE WHICHEVER IS GREATER | 88

### H. SPECIAL CASE FACTORS

1. HOLDS, WANTS and DETAINERS (Enter A, P or *)  Felony | 91   USINS | 92   
2. RESTRICTED CUSTODY SUFFIX (Enter R or *) | 93

3. ELIGIBLE FOR RESTITUTION CENTER (Enter Y or N) | 94
4. LEVEL IV DESIGN a) 180 Status (Y/N) _____  b) Reason Code _____
5. US ARMED FORCES (Enter Y or N) | 95

6. CURRENT INSTITUTION AND FACILITY | 96
7. COUNTY OF LAST LEGAL RESIDENCE | 103

8. CASEWORKER'S NAME  FI

### I. CLASSIFICATION STAFF REPRESENTATIVE

1. LAST NAME | 115

2. DATE OF ACTION  MO — DAY — YR | 123

3. LEVEL IV DESIGN  a) 180 Status (Enter Y or *) | 129   b) Reason Code | 130

4. MINIMUM CUSTODY  a) Eligibility (Enter E, L or P) | 132   b) Reason Code | 133

5. CCRC ELIGIBILITY (Enter REN, REX or *) | 136

PROGRAM (DDP) CODE | 139

...PLACEMENT PROGRAM (DPP) CODE(S)  a) (*) Primary (affects placement) | 142   b) (*) | 146   c) (*) | 150   d) (*) | 154

8. ADMINISTRATIVE DETERMINANT CODE(S)

a) (*) | 158   b) (*) | 162   c) (*) |   d) (*) |   e) (*) |

INMATE/PAROLEE
APPEAL FORM
CDC 602 (12/87)

*For your records.*

You may appeal any policy, action c
committee actions, and classificatio
member, who will sign your form a
documents and not more than one a
for using the appeals procedure res

NAME ___SANTOS    JUAN___

og no. _____    Category _____

With the exception of Serious CDC 115s, classifi
y seek relief through discussion with the appropriat
fied, you may send your appeal with all the supp
in 15 days of the action taken. No reprisals will be

UNIT/ROOM NUM
D2-126

A. Describe Problem: ON 8-31-0 __ on FACILITY (A) FOR SUSPICION ON
PLOTTING TO ASSAULT STAFF. PRIOR T __ ST ASKED ME IF I HAD ANY PROBLEMS
WITH HIS SUBORDINATOR, SPECIFICALLY A __ RESPONDED THAT IN FACT I DID NOT
HAVE PROBLEMS WITH ANY CO6 AT ALL. SGT. JEST THEN STATED THAT HE WOULD FURTHER INVESTIGATE INTO THESE
ILL ALLEGATION. BEFORE DECIDING WHETHER TO REHOUSE ME IN AD-SEG. OR SEND ME BACK TO MY CDC. ON 9-6-07
I WENT BEFORE I.C.C. WHERE I WAS TOLD THAT PER C.C.R TITLE 15 3335(C)(3), I WOULD HAVE TO WAIT FOR THE
FINAL RESULTS OF THE INVESTIGATION INTO THE ALLEGED PLOT. IN ORDER FOR THEM TO DICTATE A PROGRAM-
REVIEW FOR MY CASE. ON 10-4-07 I RETURNED BEFORE I.C.C. WHERE I WAS TOLD THE INVESTIGATION WAS OVER AND
RESULTS CAME OUT NEGATIVE. THIS. I WAS FOUND INNOCENT OF THE ALLEGED CHARGES. THE A-FACILITY CC WILLIAM
TIEN STATED THAT I COULD BE SENT BACK TO A-FAC. HOWEVER, DUE TO ENEMY CONCERNS RELATED TO THE INVESTIGATION
& THE ALLEGED PLOT TO ASSAULT STAFF. THE CCII LEFT THAT DECISION UP TO FAC (A) CPT. MARTEL AND (A) COW
GROUNDS. INSTEAD OF SENDING ME BACK TO A-FAC. THEY DECIDED TO PLACE ME FOR TRANSFER EITHER TO PLEASANT
VALLEY STATE PRISON OR S.A.T.(F) CORCORAN STATE PRISON. I NOW COME FORTH WITH THIS CDC 602 TO APPEAL
THAT DECISION WITH THE GROUNDS THAT. SINCE THE ENEMY CONCERN IS RELATED TO THE INITIAL INVESTIGATION
INTO THE ALLEGED PLOT TO ASSAULT STAFF BY MY PERSON. THE FOLLOWING FACTS ARE 32.

BACK PLEASE

If you need more space, attach one additional sheet.

B. Action Requested: RESPECFULLY REQUEST THE FOLLOWING. FIRST. PER TITLE 15 C.C.R 3335(C)(3) TO BE RELEASED
IMMEDIATELY TO T.P.U. SECOND FOR STAFF TO THOROUGHLY AND METICULOUSLY INVESTIGATE THE VALIDITY,
RELIABILITY, AND CREDIBILITY OF THE INFO. PROVIDED BY THE INDIVIDUAL WHO DECLARES ME AS HIS ENEMY.
FOR AS WELL AS INVESTIGATE THE MENTAL, PSYCHOLOGICAL CAPACITY AND COMPETENCE OF SAID INDIVIDUAL, ALL
HIONN UNDER C.C.R TITLE 15 3378(B)(2)(3) THIRDLY ONCE THIS INVESTIGATION IS OVER AND DETERMINES THAT.
THIS INDIVIDUAL DID INDEED LIE AND I POSE NO THREAT, TO HIM FOR ME TO BE REALEASED FROM T.P.U.
BACK TO A FACILITY TO CONTINUE TO PROGRAM IN A POSITIVE MANNER, AND HAVE THIS INDIVIDUAL REMOVED OFF
FACILITY (A) FOR DISRUPTING MY PROGRAM, AND WASTING STAFF TIME AND RESOURCE.

Inmate/Parolee Signature: _____    Date Submitted: 10-8-07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) a
submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response. I RESUBMITT THE
REQUEST STATED IN THIS APPEAL. I.C.C STATED THAT MY ENEMY CONCERNS ARE IN A-FACILITY NOT
T.P.U. THEREFORE, THERE IS NO REASON WHY I CANNOT BE RELEASED TO T.P.U. ALSO IN HIS RESPONSE AT TH
INFORMAL LEVEL CCII WILLIAMS DID NOT ADDRESS MY OTHER REQUESTS ON THE FOLLOWING ISSUES.
FIRST. REGARDING THE INVESTIGATION OF THE CREDIBILITY, RELIABILITY, AS WELL AS THE MENTAL AND PSYCHO-
OLOGICAL COMPETENCE AND CAPABILITY OF INDIVIDUAL WHO IS CLAIMING TO BE MY ENEMY. SECONDLY, MY RE-
TURN TO A-FACILITY (ONE ABOVE REQUESTED INVESTIGATION DEEMS THIS INDIVIDUAL IS LYING AND I POSE NO
THREAT TO HIM. BECAUSE I DO NOT KNOW THIS INDIVIDUAL AND HE PROVIDED FALSE ALLEGATIONS

Signature: _____    Date Submitted: 10-22-07

Note: Property _____ be accompanied by a completed
Board of Control form BC-_____ Inmate Claim

CDC Appeal Number: _____

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE SANTOS, J25409                    Date: January 28, 2008
Current Housing: ~~D2/126~~

From: **INMATE APPEALS OFFICE**

Re: APPEAL LOG NUMBER: SVSP-D-07-05228

ASSIGNED STAFF REVIEWER: CA1
APPEAL ISSUE: SEGREGATION HEARINGS
                    **DUE DATE: 02/26/2008**

Inmate SANTOS, this acts as a notice to you that your appeal has been sent to the
above staff for SECOND level response. If you have any questions, contact the
above staff member. If dissatisfied, you have 15 days from the receipt of the
response to forward your appeal for THIRD level review. Third level appeals are
to be mailed directly to:

**Chief of Inmate Appeals**
**Department of Corrections**
**P. O. Box 942883**
**Sacramento, CA 94283-0001**

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**
*Daniel J. Broderick*                    (916) 498-5700  Fax: (916) 498-5710                    *Linda C. Harter*
*Federal Defender*                                                                                                                      *Chief Assistant Defender*

March 27, 2008

Mr. Juan Santos
J-25409 D8
Salinas Valley State Prison
P.O. Box 1050
Soledad, California  93960-1050

      Re:    Request for Assistance

Dear Mr. Santos:

      We received your letter dated March 10, 2008.

      It sounds like you are complaining about your treatment by the prison, not your underlying conviction or sentence.  Generally, if you are complaining about the way your prison has treated you, you would file a civil rights action in federal court, not a habeas corpus petition.  Our office cannot, by statute, represent persons in civil rights cases in which they challenge the way their prison has treated them.    There are some organizations that do represent prisoners challenging the conditions of their confinement   You may wish to contact any or more of the following:

    1. USC Prison Law Project
      University of Southern California Law Center
      699 Exposition Boulevard, University Park
      Los Angeles, CA   90089

    2. Prison Law Office
      General Delivery
      San Quentin, CA   94964-9999

    3. Millard Murphy
      Prison Law Office
      P.O. Box 4745
      Davis, CA   95617-4745

March 27, 2008
Page 2

I am sorry that we cannot assist you at this time, but we wish you good luck.

Sincerely,

Carolyn M. Wiggin
Assistant Federal Defender

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, _____ JUAN RAMIREZ   SANTOS _____ #J25409 declare under penalty of perjury that: I am the _____ PLAINTIFF _____ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this _____ day of _____, 20 08 , at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) _____
DECLARANT/PRISONER

---------------------------------------------------------------

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, _____ JUAN PABLO GRAJEDA _____ K26278 , am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On _____, 20 _____ , I served the foregoing: _____ A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §§ 1983 _____

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

FACILITY (A) LEVEL IV S.N.Y ADMINISTRATION MEMBERS
C.O.W R. GROUNDS , FACILITY (A) CPT D. MANTEL
CORRECTIONAL COUNSELOR (SUP) II WILLIAMS , CORRECTIONAL
COUNSELOR I K. HENSING, SERGEANT METCALFE, SERGEANT DEATHRIAGE

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____, 20 08

_____
DECLARANT/PRISONER

1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**
                           **NORTHERN DISTRICT OF CALIFORNIA**
9

10      JUAN SANTOS   J25909                    )
                                                )
11                           Plaintiff,         )          CASE NO. _____
                                                )
12            vs.                               )          **PRISONER'S**
        SALINAS VALLEY STATE PRISON             )          **APPLICATION TO PROCEED**
13      (A) FACILITY LEVEL 4 S.N.Y. C HAIN OF    )          **IN FORMA PAUPERIS**
        COMMAND IN THEIR OFFICIAL, INDIVIDUAL   )
        CAPACITY UNDER COLOR OF STATE LAW:      )
14      C.O.W (A) GROUNDS, CPT. MANTEL,         )
        CCII WILLIAMS, CCI MENSING,.Defendant.  )
        LT.(A) SGT. METCALFE, SGT. DEATH RIAGE  )
15

16            I, __JUAN R. SANTOS__, declare, under penalty of perjury that I am the

17      plaintiff in the above entitled case and that the information I offer throughout this application

18      is true and correct. I offer this application in support of my request to proceed without being

19      required to prepay the full amount of fees, costs or give security. I state that because of my

20      poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21      entitled to relief.

22            In support of this application, I provide the following information:

23      1.    Are you presently employed? Yes ____ No __✔__

24      If your answer is "yes," state both your gross and net salary or wages per month, and give the

25      name and address of your employer:

26      Gross: _____ Net: _____

27      Employer: __NONE, I'M AN INDIGENT PRISONER IN AD-SEG__

28      __UNIT, WITH NO JOB ASSIGNMENT NOR PAY NUMBER.__

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9        a.    Business, Profession or                    Yes ____ No ____

10            self employment

11       b.    Income from stocks, bonds,                 Yes ____ No ____

12            or royalties?

13       c.    Rent payments?                             Yes ____ No ____

14       d.    Pensions, annuities, or                    Yes ____ No ____

15            life insurance payments?

16       e.    Federal or State welfare payments,         Yes ____ No ____

17            Social Security or other govern-

18            ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount

20 received from each.

21 _____

22 _____

23 3.    Are you married?                                 Yes ____ No ____

24 Spouse's Full Name: _____

25 Spouse's Place of Employment: _____

26 Spouse's Monthly Salary, Wages or Income:

27 Gross $_____ Net $_____

28 4.    a.    List amount you contribute to your spouse's support:$ _____

1       b.    List the persons other than your spouse who are dependent upon you for

2               support and indicate how much you contribute toward their support. (NOTE:

3               For minor children, list only their initials and ages. DO NOT INCLUDE

4               THEIR NAMES.).

5 _____

6 _____

7  5.    Do you own or are you buying a home?       Yes ____ No ✓

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.    Do you own an automobile?          Yes ____ No ✓

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No _____ If so, Total due: $_____

12  Monthly Payment: $_____

13  7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15 _____

16  Present balance(s): $_____

17  Do you own any cash? Yes ____ No ✓ Amount: $_____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.) Yes ____ No ✓

20 _____

21  8.    What are your monthly expenses?

22  Rent: $_____ N/A _____ Utilities: _____ N/A _____

23  Food: $_____ N/A _____ Clothing: _____ N/A _____

24  Charge Accounts:

25

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable. Do not include account numbers.)

3  *IN THE AMOUNT OF $ 2.400.00 IN RESTITUTION PER ORDER*

4  *OF SENTENCING COURT.*

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ____ No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10  _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _____          _____

17        DATE                              SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2                                            Case Number: _____

3

4

5

6

7

8

9                               **CERTIFICATE OF FUNDS**

10                                          **IN**

11                               **PRISONER'S ACCOUNT**

12

13       I certify that attached hereto is a true and correct copy of the prisoner's trust account

14 statement showing transactions of _____ for the last six months at

15                                [prisoner name]

16 _____ where (s)he is confined.

17              [name of institution]

18       I further certify that the average deposits each month to this prisoner's account for the most

19 recent 6-month period were $_____ and the average balance in the prisoner's account

20 each month for the most recent 6-month period was $_____.

21

22 Dated:_____                _____

23                                  [Authorized officer of the institution]

24

25

26

27

28

IN THE U.S. DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA


JUAN RAMIREZ SANTOS  J25409

PLAINTIFF

SUMMONS

V.

CIVIL ACTION NO. _____

SALINAS VALLEY STATE PRISON

FACILITY (A) ADMINISTRATION CHAIN OF COMMAND
INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES
UNDER COLOR OF STATE LAWS
    (C.O.W) (A) R. GROUNDS
    FACILITY CPT (A) D. MANTEL
        C.C.II (SUP) A. WILLIAMS
        C.C.I  K. MENSINA
    SERGEANT.  METCALFE
    SERGEANT  DEATHRIAGE

DEFENDANTS


TO THE ABOVE-NAMED DEFENDANTS:

JOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE
UPON PLAINTIFF, WHOSE ADDRESS IS SALINAS VALLEY STATE
PRISON, D2      AD-SEG UNIT. P.O. BOX 1050, SOLEDAD.
CA. 93960-1050 AN ANSWER TO THE COMPLAINT
WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20
DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU,
EXCLUSIVE OF THE DAY OF SERVICE OR 60 DAYS IF THE
U.S. GOVERNMENT OR OFFICER / AGENT THEREOF IS A DE-
FENDANT. IF FAILED TO DO SO, JUDGEMENT BY DEFAULT
WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN
THE COMPLAINT.

CLERK OF COURT


DATE: _____

IN THE U.S. DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA


JUAN RAMIREZ SANTOS  J25409

PLAINTIFF

SUMMONS

V.                          CIVIL ACTION NO. _____


SALINAS VALLEY STATE PRISON

FACILITY (A) ADMINISTRATION CHAIN OF COMMAND
INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES
UNDER COLOR OF STATE LAW:
    (C.O.W) (A) R. GROUNDS
FACILITY CPT (A) D. MANTEL
    C.C.II (SUP) A. WILLIAMS
    C.C.I  K. MEDSINA
SERGEANT  METCALFE
SERGEANT  DEATHRIAGE

DEFENDANTS


TO THE ABOVE-NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE
UPON PLAINTIFF, WHOSE ADDRESS IS SALINAS VALLEY STATE
PRISON, D2      AD-SEG UNIT. P.O. BOX 1050, SOLEDAD,
CA. 93960-1050 AN ANSWER TO THE COMPLAINT
WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20
DAYS AFTER SERVICE, OF THIS SUMMONS UPON YOU,
EXCLUSIVE OF THE DAY OF SERVICE. OR 60 DAYS IF THE
U.S. GOVERNMENT OR OFFICER / AGENT THEREOF IS A DE-
FENDANT. IF FAILED TO DO SO, JUDGEMENT BY DEFAULT
WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN
THE COMPLAINT.

CLERK OF COURT


DATE: _____

IN THE U.S. DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA


JUAN RAMIREZ SANTOS J25409

PLAINTIFF

SUMMONS

V.                              CIVIL ACTION NO. ———


SALINAS VALLEY STATE PRISON

FACILITY (A) ADMINISTRATION CHAINOF COMMAND
INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES
UNDER COLOR OF STATE LAWS
       ( C.O.W) (A) R. GROUNDS
    FACILITY CPT (A) D. MANTEL
       C.C.II (SUP) A. WILLIAMS
       C.C.I   K. MENSINA.
    SERGEANT.  METCALFE
    SERGEANT  DEATHRIANE

DEFENDANTS


TO THE ABOVE-NAMED DEFENDANTS:

JOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE
UPON PLAINTIFF, WHOSE ADDRESS IS SALINAS VALLEY STATE
PRISON, D2        AD-SEG UNIT. P.O. BOX 1050, SOLEDAD.
CA. 93960-1050 AN ANSWER TO THE COMPLAINT
WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20
DAYS AFTER SERVICE, OF THIS SUMMONS UPON YOU,
EXCLUSIVE OF THE DAY OF SERVICE. OR 60 DAYS IF THE
U.S. GOVERNMENT OR OFFICER / AGENT THEREOF IS A DE-
FENDANT. IF FAILED TO DO SO, JUDGEMENT BY DEFAULT
WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN
THE COMPLAINT.


CLERK OF COURT


DATE: ——————————

IN THE U.S. DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA


JUAN RAMIREZ SANTOS J25409

PLAINTIFF

SUMMONS

V.                              CIVIL ACTION NO: _____

SALINAS VALLEY STATE PRISON

FACILITY (A)  ADMINISTRATION CHAIN OF COMMAND
INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES
UNDER COLOR OF STATE LAWS
        (C.O.W) (A) R. GROUNDS
    FACILITY CPT (A) D. MANTEL
        C.C.II (SUP) A. WILLIAMS
        C.C.I   K. MENSINA
    SERGEANT.   METCALFE
    SERGEANT   DEATHRIAGE

        DEFENDANTS


TO THE ABOVE-NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE
UPON PLAINTIFF, WHOSE ADDRESS IS SALINAS VALLEY STATE
PRISON, D2        AD-SEG UNIT. P.O. BOX 1050, SOLEDAD.
CA. 93960 - 1050 AN ANSWER TO THE COMPLAINT
WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20
DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU,
EXCLUSIVE OF THE DAY OF SERVICE OR 60 DAYS IF THE
U.S. GOVERNMENT OR OFFICER / AGENT THEREOF IS A DE-
FENDANT.  IF FAILED TO DO SO, JUDGMENT BY DEFAULT
WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN
THE COMPLAINT.


CLERK OF COURT


    DATE: _____

IN THE U.S. DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA


JUAN RAMIREZ SANTOS J25409

PLAINTIFF

SUMMONS

V.                                CIVIL ACTION NO. —————


SALINAS VALLEY STATE PRISON

FACILITY (A)  ADMINISTRATION CHAIN OF COMMAND
INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES
UNDER COLOR OF STATE LAW:
    (C.O.W) (A) R. GROUNDS
   FACILITY CPT (A) D. MANTEL
      C.C.II (SUP) A. WILLIAMS
      C.C.I   K. MENSINA.
    SERGEANT   METCALFE
    SERGEANT  DEATHRIAGE

DEFENDANTS


TO THE ABOVE-NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE
UPON PLAINTIFF, WHOSE ADDRESS IS SALINAS VALLEY STATE
PRISON, D2       AD-SEG UNIT. P.O. BOX 1050. SOLEDAD.
CA.  93960 - 1050 AN ANSWER TO THE COMPLAINT
WHICH IS HEREWITH SERVED  UPON YOU, WITHIN 20
DAYS AFTER SERVICE, OF THIS SUMMONS UPON YOU,
EXCLUSIVE OF THE DAY OF SERVICE. OR 60 DAYS IF THE
U.S. GOVERNMENT OR OFFICER / AGENT THEREOF IS A DE-
FENDANT.  IF FAILED TO DO SO, JUDGEMENT BY DEFAULT
WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN
THE COMPLAINT.


CLERK OF COURT


DATE: —————————

IN THE U.S. DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA


JUAN RAMIREZ SANTOS  J25409

PLAINTIFF

SUMMONS

V.                              CIVIL ACTION NO. _____

SALINAS VALLEY STATE PRISON

FACILITY (A)  ADMINISTRATION CHAIN OF COMMAND
INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES
UNDER COLOR OF STATE LAWS
(C.O.W) (A) R. GROUNDS
FACILITY CPT (A) D. MANTEL
C.C.II (SUP) A. WILLIAMS
C.C.I  K. MENSINA
SERGEANT  METCALFE
SERGEANT  DEATHRIAGE

DEFENDANTS


TO THE ABOVE-NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE
UPON PLAINTIFF, WHOSE ADDRESS IS SALINAS VALLEY STATE
PRISON, D2        AD-SEG UNIT. P.O. BOX 1050, SOLEDAD,
CA. 93960-1050 AN ANSWER TO THE COMPLAINT
WHICH IS HERE WITH SERVED UPON YOU, WITH IN 20
DAYS AFTER SERVICE, OF THIS SUMMONS UPON YOU,
EXCLUSIVE OF THE DAY OF SERVICE. OR 60 DAYS IF THE
U.S. GOVERNMENT OR OFFICER / AGENT THEREOF IS A DE-
FENDANT.  IF FAILED TO DO SO, JUDGEMENT BY DEFAULT
WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN
THE COMPLAINT.

CLERK OF COURT


DATE: _____

IN THE U.S. DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA


JUAN RAMIREZ SANTOS J25409

PLAINTIFF

SUMMONS

V.                                    CIVIL ACTION NO. _____

SALINAS VALLEY STATE PRISON

FACILITY (A) ADMINISTRATION CHAIN OF COMMAND
INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES
UNDER COLOR OF STATE LAWS
    (C.O.W) (A) R. GROUNDS
    FACILITY CPT (A) D. MANTEL
        C.C.II (SUP) A. WILLIAMS
        C.C.I  K. MENSINA
    SERGEANT   METCALFE
    SERGEANT  DEATHRIAGE

DEFENDANTS


TO THE ABOVE-NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE
UPON PLAINTIFF, WHOSE ADDRESS IS SALINAS VALLEY STATE
PRISON, D2        AD-SEG UNIT. P.O. BOX 1050, SOLEDAD.
CA. 93960-1050 AN ANSWER TO THE COMPLAINT
WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20
DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU,
EXCLUSIVE OF THE DAY OF SERVICE. OR 60 DAYS IF THE
U.S. GOVERNMENT OR OFFICER / AGENT THERE OF IS A DE-
FENDANT.   IF FAILED TO DO SO, JUDGEMENT BY DEFAULT
WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN
THE COMPLAINT.

CLERK OF COURT


DATE: _____

IN THE U.S. DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA


JUAN RAMIREZ SANTOS J25409

PLAINTIFF

SUMMONS

V.                                    CIVIL ACTION NO. _____

SALINAS VALLEY STATE PRISON

FACILITY (A)  ADMINISTRATION CHAINOF COMMAND
INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES
UNDER COLOR OF STATE LAWS
       (C.O.W) (A) R. GROUNDS
   FACILITY CPT (A) D. MANTEL
       C.C.II (SUP) A. WILLIAMS
       C.C.I  K. MENSINA.
   SERGEANT.  METCALFE
   SERGEANT  DEATHRIAGE

DEFENDANTS


TO THE ABOVE-NAMED DEFENDANTS:

   YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE
UPON PLAINTIFF, WHOSE ADDRESS IS SALINAS VALLEY STATE
PRISON, D2      AD-SEG UNIT.  P.O. BOX 1050, SOLEDAD,
CA. 93960-1050 AN ANSWER TO THE COMPLAINT
WHICH IS HERE WITH SERVED  UPON YOU, WITH IN  20
DAYS AFTER SERVICE, OF THIS SUMMONS UPON YOU,
EXCLUSIVE OF THE DAY OF SERVICE. OR 60 DAYS IF THE
U.S. GOVERNMENT OR OFFICER / AGENT THEREOF IS A DE-
FENDANT.  IF FAILED TO DO SO, JUDGEMENT BY DEFAULT
WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN
THE COMPLAINT.

CLERK OF COURT


DATE: _____