**FILED**

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

JSW

JUAN SANTOS   J25409

CV 08   3199

Plaintiff,

CASE NO. _____

VS.
SALINAS VALLEY STATE PRISON
(A) FACILITY LEVEL 4 S.N.Y. C HAIN OF
COMMAND IN THEIR OFFICIAL, INDIVIDUAL
CAPACITY UNDER COLOR OF STATE LAW:
C.O. W (A) GROUNDS, CPT. MANTEL,
CCII WILLIAMS, CCI MENSING, Defendant.
LT. (A) SGT. METCALFE, SGT. DEATHRIAGE

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __JUAN R. SANTOS__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: __NONE, I'M AN INDIGENT PRISONER IN AD-SEG UNIT, WITH NO JOB ASSIGNMENT NOR PAY NUMBER.__

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | _____
5 | _____
6 | _____
7 | 2. Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:
9 |     a.   Business, Profession or                    Yes ___ No ✓
10 |          self employment
11 |    b.   Income from stocks, bonds,                 Yes ___ No ✓
12 |          or royalties?
13 |    c.   Rent payments?                             Yes ___ No ✓
14 |    d.   Pensions, annuities, or                    Yes ___ No ✓
15 |          life insurance payments?
16 |    e.   Federal or State welfare payments,         Yes ___ No ✓
17 |          Social Security or other govern-
18 |          ment source?
19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 | _____
22 | _____
23 | 3.   Are you married?                              Yes ___ No ✓
24 | Spouse's Full Name: _____
25 | Spouse's Place of Employment: _____
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $_____ Net $_____
28 | 4.   a.   List amount you contribute to your spouse's support:$ _____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account?    Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes ___ No ✓  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No ✓

_____

8.  What are your monthly expenses?

Rent: $ _____ N/A _____   Utilities: _____ N/A _____

Food: $ _____ N/A _____   Clothing: _____ N/A _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

1   9.   Do you have any other debts? (List current obligations, indicating amounts and to
2   whom they are payable. Do not include account numbers.)
3   _IN THE AMOUNT OF $ 2,400.00 IN RESTITUTION PER ORDER_
4   _OF SENTENCING COURT._
5   10.  Does the complaint which you are seeking to file raise claims that have been presented
6   in other lawsuits?   Yes ___  No _✓_
7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8   which they were filed.
9   _____
10  _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  _____                    _____[signature]_____
17      DATE                                SIGNATURE OF APPLICANT

CV 08 Case Number: 3199 (PR)

JSW

1
2
3
4
5
6
7
8
9     CERTIFICATE OF FUNDS
10             IN
11    PRISONER'S ACCOUNT
12
13    I certify that attached hereto is a true and correct copy of the prisoner's trust account
14    statement showing transactions of _____ for the last six months at
15                          [prisoner name]
16    _____ where (s)he is confined.
17        [name of institution]
18    I further certify that the average deposits each month to this prisoner's account for the most
19    recent 6-month period were $ _____ and the average balance in the prisoner's account
20    each month for the most recent 6-month period was $_____.
21
22    Dated:_____                    _____
23                                          [Authorized officer of the institution]
24
25
26
27
28

```
REPORT ID: TS3030  .701                                            REPORT DATE: 05/08/08
                                                                   PAGE NO:          1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            PLEASANT VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: APR. 01, 2008 THRU MAY  08, 2008

ACCOUNT NUMBER : J25409                      BED/CELL NUMBER: AFB3T200000201U
ACCOUNT NAME   : SANTOS, JUAN                   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

       << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL       CURRENT      HOLDS      TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
---------    ---------    -----------   --------    --------    ------------
   0.00         0.00          0.00        0.00        0.00          0.00

                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                       -----------
                                                           0.00
                                                       -----------
```