TO: THE HONORABLE DISTRICT COURT OF THE UNITED STATES

FROM: PLAINTIFF: MR JUAN SANTOS CDC# J25409

SUBJECT: REQUEST FOR APPOINTMENT OF COUNSEL

DATE:

**FILED**

JUL - 2008

CV 08   3199 JSW

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

PURSUANT TO 28 U.S.C. § 1915 (e) (1) PLAINTIFF MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE. IN SUPPORT OF THIS REQUEST, PLAINTIFF STATES:

1) PLAINTIFF IS AN INCARCERATED PRISONER WHO IS INDIGENT WITH NO MEANS TO SUPPORT HIMSELF. THEREFORE, HE IS UNABLE TO AFFORD COUNSEL. HE HAS REQUESTED LEAVE TO PROCEED IN FORMA PAUPERIS.

2) PLAINTIFF IS A NON-CITIZEN, WHO IS NOT FLUENT IN THE ENGLISH LANGUAGE. HIS RIGHTS BEING PROTECTED BY THE FIFTH AND FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION. FURTHERMORE, PLAINTIFF'S IMPRISONMENT AND CURRENT ADMINISTRATIVE SEGREGATION STATUS WILL GREATLY IMPEDE AND LIMIT HIS ABILITY TO PROPERLY REPRESENT HIMSELF AND LITIGATE IN COURT. THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX, AND WILL REQUIRE SIGNIFICANT RESEARCH AND INVESTIGATION. PLAINTIFF HAS LIMITED ACCESS TO THE LAW LIBRARY AND LIMITED KNOWLEDGE OF THE LAW.

3) A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTIMONY, AS WELL AS ESTABLISHING AND CHALLENGING THE CREDIBILITY OF THE WITNESSES. THUS, COUNSEL WOULD BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE AND CROSS EXAMINE WITNESSES.

4) THIS CASE WILL DEFENITEVELY INVOLVE THE PRESENCE, DUTIES, AND KNOWLEDGE OF EXPERTS. SUCH AS AN INTERPRETER FLUENT IN SPANISH FOR PLAINTIFF TO COMMUNICATE PROPERLY AND EFFICIENTLY WITH COUNSEL, AND THE COURT. AS WELL AS EXPERT WITNESSES LIKE PSYCHOLOGISTS TO EXPLAIN PLAINTIFFS MENTAL DEGRADATION DUE TO HARSH PRISON CONDITIONS.

5) PLAINTIFF HAS MADE NUMEROUS ATTEMPTS AND REPEATED EFFORTS TO OBTAIN A LAWYER. ATTACHED TO THESE PETITIONS ARE COPIES OF VARIOUS LAW OFFICES AND ORGANIZATIONS RESPONSES, VIA LETTERS EXPLAINING THEY CAN NOT PROVIDE LEGAL COUNSEL FOR PLAINTIFF'S CASE.
( PLEASE REFER TO ATTACHED DOCUMENTS)

WHEREFORE, PLAINTIFF RESPECTFULLY REQUESTS THAT THE HONORABLE COURT APPOINT A MEMBER OF THE                    BAR, AS COUNSEL IN THIS CASE, TO PROPERLY REPRESENT PLAINTIFF.

DATE: _____

RESPECTFULLY SUBMITTED

_____
JUAN SANTOS C.D.C. # J25409

SALINAS VALLEY STATE PRISON
P.O. BOX 1050   HOUSING: D2-126 U
SOLEDAD, CALIFORNIA.
     93960.

FOOTNOTE: THIS DOCUMENT FOR PLAINTIFF, WAS DRAFTED BY MY PERSON INMATE JUAN PABLO GRAJEDA K26278 WHO IS PLAINTIFFS CELLMATE AT AD-SEG UNIT HOUSING: D2-126 AT SALINAS VALLEY STATE PRISON. ASSISTING A FELLOW INMATE PER C.C.R. TITLE 15 SECTION 3084.2 (d) SUBSECTION (f). DUE TO PLAINTIFFS LACK OF EDUCATION AND FLUENCY IN THE ENGLISH LANGUAGE. I DECLARE THIS TO BE TRUE AND CORRECT UNDER PENALTY OF PERJURY. EXECUTED AT SOLEDAD, CALIFORNIA ON DECEMBER 7, 2007