FILED

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

JSW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MONARREZ<br>Plaintiff,<br>vs.<br>RICHARD J. KIRKLAND<br>Defendant. | CV 08 3198<br>CASE NO. ______<br>PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

I, JUAN MONARREZ, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A Net: N/A

Employer: " "

______

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

______________________________________________

______________________________________________

______________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ____ No _X_

b. Income from stocks, bonds, or royalties? Yes ____ No _X_

c. Rent payments? Yes ____ No _X_

d. Pensions, annuities, or life insurance payments? Yes ____ No _X_

e. Federal or State welfare payments, Social Security or other government source? Yes ____ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

__________________ N/A __________________

______________________________________________

3. Are you married? Yes ____ No _X_

Spouse's Full Name: __________ N/A __________

Spouse's Place of Employment: __________ " " __________

Spouse's Monthly Salary, Wages or Income:

Gross $_____ N/A _____ Net $_____ N/A _____

4. a. List amount you contribute to your spouse's support : $ ___ ∅ ___

b. List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $ Ø Amount of Mortgage: $ Ø

6. Do you own an automobile? Yes ____ No X

Make N/A Year N/A Model N/A

Is it financed? Yes ____ No ____ If so, Total due: $ Ø

Monthly Payment: $ Ø

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

Present balance(s): $ Ø

Do you own any cash? Yes ____ No X Amount: $ Ø

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No X

N/A

8. What are your monthly expenses?

Rent: $ Ø Utilities: Ø

Food: $ Ø Clothing: Ø

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| N/A | $ Ø | $ Ø |
| " " | $ " | $ " |
| " " | $ " | $ " |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6.10.08 [signature]

DATE SIGNATURE OF APPLICANT

**Case Number:**_________________

**CERTIFICATION OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Juan Heredia Monarrez P50731 for the last six months at Pelican Bay State Prison where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $3.38 and the average balance in the prisoner's account each month for the most recent 6-month period was $5.25. (20%= $1.05)

Dated: 6/13/08

CWallace
Authorized officer of the institution



Case Number: ____________________

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of JUAN MONARREZ for the last six months at

[prisoner name]

PELICAN BAY STATE PRISON where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ____________ and the average balance in the prisoner's account each month for the most recent 6-month period was $____________.

Dated:____________ ______________________________

[Authorized officer of the institution]

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 13, 2008

ACCOUNT NUMBER : P50731 BED/CELL NUMBER: CF10U 000000211L
ACCOUNT NAME : MONARREZ, JUAN HEREDIA ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/17* | DD30 | CASH DEPOSIT | 2586 #116 | | 9.00 | | 9.00 |
| 12/18 | W513 | MISC. CHARGES | 2612 | | | 0.60 | 8.40 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/03 | FC04 | DRAW-FAC 4 | 2826 C-10 | | | 8.40 | 0.00 |
| 01/14* | DD30 | CASH DEPOSIT | 2979 #137 | | 11.25 | | 11.25 |
| 02/04 | FC04 | DRAW-FAC 4 | 3372 C-10 | | | 11.25 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/17/99 CASE NUMBER: 96NF1712
COUNTY CODE: ORA FINE AMOUNT: $ 5,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 12/01/2007 | | BEGINNING BALANCE | | 4,511.30 |
| 12/17/07 | DR30 | REST DED-CASH DEPOSIT | 10.00- | 4,501.30 |
| 01/14/08 | DR30 | REST DED-CASH DEPOSIT | 12.50- | 4,488.80 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 20.25 | 20.25 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |


THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 6-13-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE