IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAMIREZ SANTOS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. GROUNDS, D. MANTEL, A. WILLIAMS, K. MENSING, R. METCALFE AND S. DEATHRIDGE,<br><br>    Defendants. | No. C 08-3199 JSW (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, a prisoner of the State of California previously incarcerated at Salinas Valley State Prison ("SVSP") in Soledad, California, filed this civil rights complaint under 42 U.S.C. § 1983 alleging violations of his Eighth and Fourteenth Amendment rights in the process by which he was placed in administrative segregation. On March 30, 2009, this Court ordered service of certain claims raised in the complaint. In the order of service, the Court reminded Plaintiff of his obligation to inform the Court of any changes of address in a timely fashion and that failure to do so may result in the dismissal of this matter. (*See,* docket no. 7.)

The Court sent orders regarding Plaintiff's case to the address at SVSP provided by Plaintiff. Thereafter, on April 2, 2009, the Court's orders were returned with a notification from the facility that Petitioner was no longer in custody at that institution (*see* docket no. 10).

A district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v.*

1

1  *Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir.
2  1991).  Pursuant to Northern District Local Rule 3-11 an attorney or party proceeding pro
3  se whose address changes while an action is pending must promptly file and serve upon
4  all opposing parties a notice of change of address specifying the new address.  *See* L.R.
5  3-11(a).  The court may, without prejudice, dismiss a complaint when: (1) mail directed to
6  the attorney or the pro se party by the court has been returned to the court as not
7  deliverable, and (2) the court fails to receive within 60 days of this return a written
8  communication from the attorney or *pro se* party indicating a current address.  *See* L.R. 3-
9  11(b); *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal
10 with prejudice of pro se prisoner's complaint for failing to notify court of his change of
11 address despite local rule providing that case be dismissed without prejudice because any
12 lesser sanction would impose affirmative obligation for district courts to track down pro
13 se prisoners).
14        More than 60 days have passed since the orders were returned from the facility.
15 Accordingly, Plaintiff's complaint is hereby dismissed without prejudice for his failure to
16 keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and
17 for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).
18        IT IS SO ORDERED.
19 DATED: June 22, 2009
                                    _____
20                                  JEFFREY S. WHITE
                                    United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUAN RAMIREZ SANTOS,

    Plaintiff,

v.

FACILITY (A)SNY LEVAL 4 et al,

    Defendant.

Case Number: CV08-03199 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan R. Santos
J25409
S.V.S.P.
P.O. Box 1050
Soledad, CA 93960

Dated: June 22, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk